| **Fill in this information to identify the case:** |
|---|
| United States Bankruptcy Court for the: <br> **NORTHERN DISTRICT OF TEXAS** |
| Case number (if known): _____ Chapter __11__ |

☐ Check if this is an amended filing

Official Form 201
**Voluntary Petition for Non-Individuals Filing for Bankruptcy**          04/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, Instructions for Bankruptcy Forms for Non-Individuals, is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | **NB Hotels Dallas LLC** |
| 2. | **All other names debtor used in the last 8 years** <br> Include any assumed names, trade names and *doing business as* names | dba Le Meridien Hotel Dallas |
| 3. | **Debtor's federal Employer Identification Number (EIN)** | 4 7 – 3 9 9 6 5 0 9 |
| 4. | **Debtor's address** | **Principal place of business** <br><br> **13402 Noel Road** <br> Number  Street <br><br> **Dallas**      **TX**   **75240** <br> City        State   ZIP Code <br><br> **Dallas** <br> County | **Mailing address, if different from principal place of business** <br><br> Number  Street <br><br> P.O. Box <br><br> City    State   ZIP Code <br><br> **Location of principal assets, if different from principal place of business** <br><br> Number  Street <br><br> City    State   ZIP Code |
| 5. | **Debtor's website (URL)** | |
| 6. | **Type of debtor** | ☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) <br> ☐ Partnership (excluding LLP) <br> ☐ Other. Specify: _____ |

Debtor **NB Hotels Dallas LLC**      Case number (if known) _____

**7. Describe debtor's business**

A. Check one:

- ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
- ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
- ☐ Railroad (as defined in 11 U.S.C. § 101(44))
- ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
- ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
- ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
- ☑ None of the above

B. Check all that apply:

- ☐ Tax-exempt entity (as described in 26 U.S.C. § 501)
- ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
- ☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes

    **7 2 1 1**

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

Check one:

- ☐ Chapter 7
- ☐ Chapter 9
- ☑ Chapter 11. *Check all that apply:*
  - ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725 (amount subject to adjustment on 4/01/25 and every 3 years after that).
  - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.
  - ☐ A plan is being filed with this petition.
  - ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
  - ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy Under Chapter 11 (Official Form 201A) with this form.
  - ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
- ☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

- ☑ No
- ☐ Yes. District _____ When ____/____/_____ Case number _____
  - District _____ When ____/____/_____ Case number _____
  - District _____ When ____/____/_____ Case number _____

MM / DD / YYYY

Debtor **NB Hotels Dallas LLC** _____ Case number (if known) _____

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☑ No
☐ Yes. Debtor _____ Relationship _____
District _____ When _____ MM / DD / YYYY
Case number, if known _____

List all cases. If more than 1, attach a separate list.

Debtor _____ Relationship _____
District _____ When _____ MM / DD / YYYY
Case number, if known _____

**11. Why is the case filed in *this district*?**

*Check all that apply:*

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No
☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** *(Check all that apply.)*

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?**
_____
Number    Street
_____
_____ _____ _____
City                State   ZIP Code

**Is the property insured?**

☐ No
☐ Yes. Insurance agency _____
Contact name _____
Phone _____

### Statistical and adminstrative information

**13. Debtor's estimation of available funds**

*Check one:*

☑ Funds will be available for distribution to unsecured creditors.
☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

Debtor **NB Hotels Dallas LLC** _____ Case number (if known) _____

| | | | | | |
|---|---|---|---|---|---|
| **14.** | **Estimated number of creditors** | ☐ 1-49<br>☒ 50-99<br>☐ 100-199<br>☐ 200-999 | ☐ 1,000-5,000<br>☐ 5,001-10,000<br>☐ 10,001-25,000 | ☐ 25,001-50,000<br>☐ 50,001-100,000<br>☐ More than 100,000 | |
| **15.** | **Estimated assets** | ☐ $0-$50,000<br>☐ $50,001-$100,000<br>☐ $100,001-$500,000<br>☐ $500,001-$1 million | ☐ $1,000,001-$10 million<br>☐ $10,000,001-$50 million<br>☒ $50,000,001-$100 million<br>☐ $100,000,001-$500 million | ☐ $500,000,001-$1 billion<br>☐ $1,000,000,001-$10 billion<br>☐ $10,000,000,001-$50 billion<br>☐ More than $50 billion | |
| **16.** | **Estimated liabilities** | ☐ $0-$50,000<br>☐ $50,001-$100,000<br>☐ $100,001-$500,000<br>☐ $500,001-$1 million | ☐ $1,000,001-$10 million<br>☐ $10,000,001-$50 million<br>☒ $50,000,001-$100 million<br>☐ $100,000,001-$500 million | ☐ $500,000,001-$1 billion<br>☐ $1,000,000,001-$10 billion<br>☐ $10,000,000,001-$50 billion<br>☐ More than $50 billion | |

### Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

- ■ The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.
- ■ I have been authorized to file this petition on behalf of the debtor.
- ■ I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **04/18/2022**
MM / DD / YYYY

X **/s/ Nadir Badruddin** _____
Signature of authorized representative of debtor

**Nadir Badruddin**
Printed name

**President**
Title

**18. Signature of attorney**

X **/s/ Joyce W. Lindauer** _____ Date **04/18/2022**
Signature of attorney for debtor                                MM / DD / YYYY

**Joyce W. Lindauer**
Printed name

**Joyce Lindauer**
Firm name

**Joyce W. Lindauer Attorney, PLLC**
Number      Street

**1412 Main Street, Suite 500**

**Dallas**                                               **TX**           **75202**
City                                                     State           ZIP Code

**(972) 503-4033**                                       **joyce@joycelindauer.com**
Contact phone                                            Email address

**21555700**                                             **TX**
Bar number                                               State

Official Form 201        **Voluntary Petition for Non-Individuals Filing for Bankruptcy**        page 4

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

IN RE: **NB Hotels Dallas LLC**  CASE NO

CHAPTER **11**

## VERIFICATION OF CREDITOR MATRIX

The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date 4/18/2022

Signature /s/ Nadir Badruddin
*Nadir Badruddin*
*President*

Date

Signature

AAA
Mail Stop 2
1000 AAA Drive
Heathrow, FL 32746-5063

Agoda International USA LLC
PO Box 735562
Dallas, TX 75373-5562

Air Control Service
PO Box 851142
Richardson, TX 75085

Airgas USA, LLC
PO Box 734671
Dallas, TX 75373-4671

Alecsa Services, LLC
PO Box 793407
Dallas, TX 75379

Assa Abloy Hospitality Inc.
PO Box 827375
Philadelphia, PA 19182-7375

Associated Time and Parking Controls
9104 Diplomacy Row
Dallas, TX 75247

Atmos Energy
PO box 740353
Cincinnati, OH 45274-0353

Attorney General of Texas
Bankruptcy Division
P O Box 12548
Austin, TX 78711-2548

Azurerays LL
8330 LBJ Freeway
Dallas, TX 78335


Ben K. Keith Company
PO Box 2607
Fort Worth, TX 76113


Brian Gardner
c/o Le meridien Dallas
13402 Noel Road
Dallas, TX 75240


Carrollton-Farmers Branch ISD
PO Box 110611
Carrollton, TX 75011-0611


Chlic-Chicago (Cigna)
5476 Collections Center Drive
Chicago, IL 60693


City of Dallas
1500 Marilla Street
Dallas, TX 75201


City of Dallas
320 Jefferson Blvd.
Dallas, TX 75203


City Wide Mechanical, Inc.
PO Box 110570
Carrollton, TX 75011


Consolidated Hospitality Supplies, LLC
American Hotel Register
PO Box 677130
Dallas, TX 75267-7130

```
Crawford Electric Supply Inc.
1950 Gateway Drive
Irving, TX 75038-2405



CT Corporation
PO Box 4349
Carol Stream, OL 60197-4349



Culligan of DFW
3201 Premier Drive, Suite 300
Irving, TX 75063



Dallas Bakery
2643 Manana Drive
Dallas, TX 75220



Daystay LLC
1200 Brickell Avenue, Suite 1960
Miami, FL 33131



Deluxe Branded Marketing
PO Box 645633
Cincinnati, OH 45264-5633



Directv / 566
PO Box 105249
Atlanta, GA 30348-5249



Edward Don Company
2562 Paysphere Circle
Chicago, IL 60674



Efrain Gonzalez
3327 Odessa Street
Dallas, TX 75212
```

```
Expatel Corporation
PO Box 59917
Dallas, TX 75229


Expedia Group
PO Box 844120
Dallas, TX 75284-4120


Fidelity Security Life Ins. Co.
PO Box 632530
Cincinnati, OH 45263-2530


Garda CL Southwest, Inc.
3209 Momentum Place
Chicago, IL 60689-0001


George Head
c/o Le Meridian Dallas Hotel
13402 Noel Road
Dallas, TX 75240


Grainger
Dept. 867558462
Palatine, IL 60038-0001


Guest Supply, Inc.
PO Box6771
Somerset, NJ 08875


HCareers
c/o Bank of American
Box 74008242
Chicago, IL 60674-8242


HD Supply Facilities Maintenance, Ltd.
PO Box 509058
San Diego, CA 92150-9058
```

Holland & Knight LLP
Attn: Keith Brandofino
900 Third Avenue, 20th Floor
New York, NY 10022-4883


Hotel Indigo Austin Downtown
Attn: Accounting
810 Red River Street
Austin, TX 78701


IMI Datasearch, Inc.
365 East Avenida De Los Arboles
Suite B, PMB 5
Thousand Oaks, CA 91360


Internal Revenue Service
Mail Code DAL-5020
1100 Commerce Street
Dallas, Texas  75242-1100


Internal Revenue Service
Centralized Insolvency Operations
PO Box 7346
Philadelphia, PA 19101-7346


Johnson Controls Fire Protection LP
Dept. CH 10320
Palatine, IL 60055-0320


Klassy Chem, LLC
879 N. Plaza Drive, Suite A101
Apache Junction, AZ 85120


Knight Restoration Services LP
4200 Sojourn Drive
Addison, TX 75001


Konica Minolta
21146 Network Place
Chicago, IL 60673-1211

```
Laboratory Corp. of America Holdings
PO Box 12140
Burlington, NC 13375-7370


Linebargar Goggan Blair & Sampson
2777 N. Stemmons Freeway
Suite 1000
Dallas, TX 75207


Liquid Environmental Solutions
PO Box 733372
Dallas, TX 75373-3372


M3 Accounting Service, Inc.
PO Box 117495
Atlanta, GA 30368


M7 Services, LLC
654 N. Sam Houston Pkwy
Suite 110
Houston, TX 77060


Massimos Bakery
2512 Maple Avenue
Dallas, TX  75201


Mitchell Time & Parking
4806 North IH 35
Austin, TX 78751


Mood Media
PO Box 71070
Charlotte, NC 28272-1070


New York Bagles and Bakery
409 N. Briery
Irving, TX 75061
```

Office Depot
PO Box 660113
Dallas, TX 75266-0113


Pitney Bowes Global Financial Services
PO Box 371887
Pittsburgh, PA 15250-7887


Prime Facility Services Group, Inc.
6420 Richmond Avenue, Suite 260
Houston, TX 77057


Purchase Power
PO Box 371874
Pittsburgh, PA 15250-7874


RETC, LP
5151 Belt Line Road, Suite 725
Dallas, TX 75254


Robert Jones
1730 Oak Glen Drive
Wylie, TX 75098


Roland Maldonado
c/o Le Meridien Dallas Hotel
13402 Noel Road
Dallas, TX 75240


Salem-Zass LLC
903 Cougar Drive
Allen, TX 75013


Sarathy Badrinarayanan
c/o Le Meridien Dallas
13402 Noel Road
Dallas, TX 75240

Scent Air Technologies, Inc.
PO Box 978754
Dallas, TX 75397-8754

Service Lighting & Electrical Supplies
1000 Bulbs.com
2140 Merritt Drive
Garland, TX 75041

Sheltons Water Refining
2708 E. Randol Mill Road
Arlington, TX 76011

Sherwin-Williams Co.
5909 Belt Line Road, Suite 110
Dallas, TX 75254-7103

Signature Garment Care
4830 Lakawana Street
Dallas, TX 75247

Single Digits, Inc.
PO Box 93363
Las Vegas, NV 89193-3363

Sonifi Solutions Inc.
PO Box 505225
St. Louis, MO 63150-5225

Starwood M International Inc.
Bank of America/Marriott Domestic
13682 Collect Franchise AR
Chicago, IL 60693

Sun Print Management
12650 N. Beach, Suite 114-93
Fort Worth, TX 76244

Team Travel Source
12910 Shelbyville Road
Suite 215
Louisville, KY 40243


Terminix Commercial
PO Box 802155
Chicago, IL 60680-2155


Texas Comptroller of Public Accounts
Revenue Accting Div - Bankr Section
PO Box 13528
Austin, TX 78711-3528


Texas Workforce Commission
101 East 15th Street
Austin, TX 78778-0001


The Printing Guy
7905 Pitter Pat Lane
Austin, TX 78736


Thyssenkrupp Elevator Corp.
PO Box 3796
Carol Stream, IL 60132-3796


Time Warner Cable #168
PO Box 60074
City of Industry, CA 91716-0074


Time Warner Cable #6002
PO Box 60074
City of Industry, CA 91716-0074


Time Warner Cable #6077
PO Box 60074
City of Industry, CA 91716-0074

```
Tory Dunn
c/o Holiday Inn Express Austin
805 Neches Street
Austin, TX 78701


Travel Incorporated
4355 River Green Parkway
Duluth, GA 30096



Travelliance Inc.
TA Connections
PO Box 74008563
Chicago, IL 60674-8563


TXU Energy
PO Box 650638
Dallas, TX 75265-0638



U. S. Attorney General
Department of Justice
Main Justice Building
10th & Constitution Ave., NW
Washington, DC 20530-0001

U. S. Trustee's Office
1100 Commerce Street
Room 976
Dallas, TX 75242


U.S. Small Business Administration
10737 Gateway West
Suite 300
El Paso, TX 79935


UNUM Life Ins. Company of America
PO Box 409548
Atlanta, GA 30384-9548



Waste Connections Lone Star, Inc.
12150 Garland Road
Dallas, TX 75218-1533
```

```
Wells Fargo Bank National Association
c/o Rialto Capital Advisors LLC
Attn: Michael Strickland
200 S. Biscayne Blvd., Suite 3550
Miami, FL 33131

Wells Fargo Bank National Association
c/o Rialto Capital Advisors LLC
Attn: Jonathan Horowitz
200 S. Biscayne Blvd., Suite 3550
Miami, FL 33131

WEX Health, Inc.
Discovery Benefits
PO Box 9528
Fargo, ND 58106-9528


Zeyad Irhayyim
c/o Le Meridien Dallas Hotel
13402 Noel Road
Dallas, TX 75240
```