Joyce W. Lindauer
State Bar No. 21555700
Joyce W. Lindauer Attorney, PLLC
1412 Main Street, Suite 500
Dallas, Texas 75202
Telephone: (972) 503-4033
Facsimile: (972) 503-4034
ATTORNEYS FOR DEBTOR

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| **NB HOTELS DALLAS, LLC,** | § | **CASE NO. 22-30681-hdh** |
| | § | **Chapter 11** |
| Debtor. | § | |

### SUPPLEMENT TO DEBTOR'S DISCLOSURE STATEMENT

The Debtor hereby supplements its Disclosure Statement filed July 27, 2022 (Doc. No. 92, the Disclosure Statement) with the following additional information:

1.      The Debtor's secured lender, RSS MSC2019-L2 - TX NHD, LLC ("Lender") asserts that the correct amount of its claim is $61,323,430.49. A copy of Lender's proof of claim (without exhibits) is attached hereto as **Exhibit 1.** The Debtor does not agree with this calculation of the Lender's Claim. The ultimate amount of the Claim will be negotiated by the parties or litigated before the Court.

2.      The Debtor's valuation of its Assets in its schedules and this Disclosure Statement is based on the Debtor's opinion of value as supported by its records, experience, operating history, and financial projections.

3.      Attached hereto as **Exhibit 2** are copies of the Debtor's Monthly Operating Reports as filed in this case.

4.      The income and expense projections attached as Exhibit B to the Disclosure Statement are founded on the Debtor's reasonable and conservative assumptions concerning future

increases in revenue and costs. Monthly operating income is projected to rise from $861,334.42 to $1,039,964.12 during the five years of projections, an assumed rate of increase of approximately 3% per year. Monthly operating expenses are projected to rise from $598,434.18 to $670,143.38 over the same period, an assumed increase of approximately 2% per year.

5. Under the Plan the Debtor proposes to pay off all remaining balances due to the Lender in a lump sum payment to be made seven years from the Effective Date of the plan. The amount of this payment hinges on the Allowed amount of the Secured Lender's claim. In no event will the property be worth less than this amount. The Debtor assumes for purposes of the Plan that this payment will be funded by a sale of the Debtor's Hotel or refinance of its debt to the Lender, and/or capital contributions from the Debtor's equity interest holders. The Debtor believes that these are common and accepted assumptions based on a successful reorganization of the Debtor's business under the Plan, the reduction of the debt owed to the Lender due to payments under the Plan, and the increase in the value of the Hotel expected to occur during the seven-year period prior to the lump-sum payment.

Dated: September 9, 2022.

Respectfully Submitted,

 */s/ Joyce W. Lindauer*
Joyce W. Lindauer
State Bar No. 21555700
Joyce W. Lindauer Attorney, PLLC
1412 Main St. Suite 500
Dallas, Texas 75202
Telephone: (972) 503-4033
Facsimile: (972) 503-4034

**ATTORNEYS FOR THE DEBTOR**

 */s/ Nadir Badruddin*
President of the Debtor

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on September 9, 2022, a true and correct copy of the foregoing document was served via email pursuant to the Court's ECF system upon the parties receiving electronic notice in this case listed below.

Steven G Gersten on behalf of Creditor Starwood (M) International, Inc.
sgersten@sheppardmullin.com

Sherrel K. Knighton on behalf of Creditor Dallas County
Sherrel.Knighton@lgbs.com, Dora.Casiano-Perez@lgbs.com;Olivia.salvatierra@lgbs.com;Sean.French@lgbs.com;Dallas.Bankruptcy@lgbs.com

Joyce W. Lindauer on behalf of Debtor NB Hotels Dallas LLC
joyce@joycelindauer.com, dian@joycelindauer.com;12113@notices.nextchapterbk.com

United States Trustee
ustpregion06.da.ecf@usdoj.gov

Kimberly A. Walsh on behalf of Creditor Texas Comptroller of Public Accounts, Revenue Accounting Division
bk-kwalsh@oag.texas.gov, sherri.simpson@oag.texas.gov

Donna K. Webb on behalf of Creditor Small Business Administration
donna.webb@usdoj.gov,
brian.stoltz@usdoj.gov;CaseView.ECF@usdoj.gov;brooke.lewis@usdoj.gov

Stephen Wilcox on behalf of Creditor Americredit Financial Services, Inc. d/b/a GM Financial
kraudry@wilcoxlaw.net,
swilcoxndtx@basselwilcox.com;krw77@sbcglobal.net;kraudry@ecf.inforuptcy.com

Bruce John Zabarauskas on behalf of Creditor RSS MSC2019-L2 - TX NHD, LLC
bruce.zabarauskas@hklaw.com, wanda.sneed@tklaw.com;hope.daniels@tklaw.com

Bruce John Zabarauskas on behalf of Creditor Wells Fargo Bank, National Association as Trustee for Morgan Stanley Capital I Trust 2019-L2 for the benefit of the Commercial Mortgage Pass-Through Certificate Holders
bruce.zabarauskas@hklaw.com, wanda.sneed@tklaw.com;hope.daniels@tklaw.com

_/s/ Joyce W. Lindauer_
Joyce W. Lindauer

| Fill in this information to identify the case: |
|---|

| Debtor 1 | NB HOTELS DALLAS LLC |
|---|---|
| Debtor 2 (Spouse, if filing) | |
| United States Bankruptcy Court for the: | Northern District of Texas |
| Case number | 22-30681 |

## Official Form 410

# Proof of Claim

04/22

**Read the instructions before filling out this form.** This form is for making a claim for payment in a bankruptcy case. Do not use this form to make a request for payment of an administrative expense. Make such a request according to 11 U.S.C. § 503.

**Filers must leave out or redact** information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. **Do not send original documents;** they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

**Fill in all the information about the claim as of the date the case was filed. That date is on the notice of bankruptcy (Form 309) that you received.**

| Part 1: | Identify the Claim |
|---|---|

| 1. Who is the current creditor? | RSS MSC2019-L2 - TX NHD, LLC |
|---|---|
| | Name of the current creditor (the person or entity to be paid for this claim) |
| | Other names the creditor used with the debtor _____ |

| 2. Has this claim been acquired from someone else? | ☑ No |
|---|---|
| | ☐ Yes. From whom? _____ |

**3. Where should notices and payments to the creditor be sent?**

Federal Rule of Bankruptcy Procedure (FRBP) 2002(g)

| Where should notices to the creditor be sent? | Where should payments to the creditor be sent? (if different) |
|---|---|
| Rialto Capital Advisors/ c/o Michael Strickland | |
| Name | Name |
| 200 S. Biscayne Blvd, Ste. 3550 | |
| Number    Street | Number    Street |
| Miami                FL          33131 | |
| City           State        ZIP Code | City           State        ZIP Code |
| Contact phone (770) 580-6508 | Contact phone _____ |
| Contact email michael.strickland@rialtocapital.com | Contact email _____ |

Uniform claim identifier for electronic payments in chapter 13 (if you use one):

_ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _

| 4. Does this claim amend one already filed? | ☐ No  ☑ Yes. Claim number on court claims registry (if known) 24 | Filed on 08/22/2022 |
|---|---|---|
| | | MM / DD / YYYY |

| 5. Do you know if anyone else has filed a proof of claim for this claim? | ☐ No |
|---|---|
| | ☑ Yes. Who made the earlier filing? Wells Fargo Bank, N.A. as Trustee for Morgan Stanley Capital Trust 2019-L2 for the benefit of the Commercial Mortgage Pass-Through Holders |

**EXHIBIT "1"**

| Part 2: | Give Information About the Claim as of the Date the Case Was Filed |
|---|---|

**6. Do you have any number you use to identify the debtor?**

☑ No

☐ Yes. Last 4 digits of the debtor's account or any number you use to identify the debtor: ____ ____ ____ ____

**7. How much is the claim?**

$ _____61,323,430.49__ **Does this amount include interest or other charges?**

☐ No

☑ Yes. Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001(c)(2)(A).

**8. What is the basis of the claim?**

Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card.

Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c).

Limit disclosing information that is entitled to privacy, such as health care information.

Loan

**9. Is all or part of the claim secured?**

☐ No

☑ Yes. The claim is secured by a lien on property.

**Nature of property:**

☑ Real estate. If the claim is secured by the debtor's principal residence, file a *Mortgage Proof of Claim Attachment* (Official Form 410-A) with this *Proof of Claim.*

☐ Motor vehicle

☑ Other. Describe:   Debtor's personal property

**Basis for perfection:**   Recorded deed of trust and filed UCC financing statements

Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded.)

**Value of property:**   $ To Be Determined

**Amount of the claim that is secured:**   $ To Be Determined

**Amount of the claim that is unsecured:** $ To Be Determined  (The sum of the secured and unsecured amounts should match the amount in line 7.)

**Amount necessary to cure any default as of the date of the petition:**   $ See Exhibit M

**Annual Interest Rate** (when case was filed) 10.58 %

☑ Fixed

☐ Variable

**10. Is this claim based on a lease?**

☑ No

☐ Yes. **Amount necessary to cure any default as of the date of the petition.**   $_____

**11. Is this claim subject to a right of setoff?**

☑ No

☐ Yes. Identify the property: _____

| 12. **Is all or part of the claim entitled to priority under 11 U.S.C. § 507(a)?** | ☑ No | |
|---|---|---|
| A claim may be partly priority and partly nonpriority. For example, in some categories, the law limits the amount entitled to priority. | ☐ Yes. *Check one:* | **Amount entitled to priority** |
| | ☐ Domestic support obligations (including alimony and child support) under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B). | $_____ |
| | ☐ Up to $3,350* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use. 11 U.S.C. § 507(a)(7). | $_____ |
| | ☐ Wages, salaries, or commissions (up to $15,150*) earned within 180 days before the bankruptcy petition is filed or the debtor's business ends, whichever is earlier. 11 U.S.C. § 507(a)(4). | $_____ |
| | ☐ Taxes or penalties owed to governmental units. 11 U.S.C. § 507(a)(8). | $_____ |
| | ☐ Contributions to an employee benefit plan. 11 U.S.C. § 507(a)(5). | $_____ |
| | ☐ Other. Specify subsection of 11 U.S.C. § 507(a)(__) that applies. | $_____ |

\* Amounts are subject to adjustment on 4/01/25 and every 3 years after that for cases begun on or after the date of adjustment.

## Part 3:  Sign Below

**The person completing this proof of claim must sign and date it. FRBP 9011(b).**

If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.

**A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.**

Check the appropriate box:

☐ I am the creditor.

☑ I am the creditor's attorney or authorized agent.

☐ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004.

☐ I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005.

I understand that an authorized signature on this *Proof of Claim* serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

I have examined the information in this *Proof of Claim* and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on date  08/30/2022
                MM / DD / YYYY

_____
Signature

**Print the name of the person who is completing and signing this claim:**

| Name | Michael | | Strickland |
|---|---|---|---|
| | First name | Middle name | Last name |
| Title | Vice President | | |
| Company | Rialto Capital Advisors | | |
| | Identify the corporate servicer as the company if the authorized agent is a servicer. | | |
| Address | 1170 Peachtree St., Ste. 650 | | |
| | Number     Street | | |
| | Atlanta | GA | 30309 |
| | City | State | ZIP Code |
| Contact phone | (770) 580-6508 | Email | michael.strickland@rialtocapital.com |

**Miscellaneous:**

22-30681-hdh11 NB Hotels Dallas LLC

| | | |
|---|---|---|
| Type: bk | Chapter: 11 v | Office: 3 (Dallas) |
| Assets: y | Judge: hdh | Case Flag: REFORM, DsclsDue, NTCAPR |

Summary    History    Parties    Filers    Docket Sheet    Deadlines/Hearings    Status    Pending Motions    Creditors    Claims Register

---

### U.S. Bankruptcy Court

### Northern District of Texas

Notice of Electronic Filing

The following transaction was received from Joyce W. Lindauer entered on 5/23/2022 at 6:22 PM CDT and filed on 5/23/2022

**Case Name:** NB Hotels Dallas LLC
**Case Number:** 22-30681-hdh11
**Document Number:** 60

**Docket Text:**
Chapter 11 Monthly Operating Report for the Month Ending: 04/30/2022 filed by Debtor NB Hotels Dallas LLC. (Attachments: # (1) Supporting Documents) (Lindauer, Joyce)

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** NB Hotels.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=1017686615 [Date=5/23/2022] [FileNumber=47795536-0] [44d7981e6e295ea0bc940a0baebb85eed8b6b470a46ef8f85f20f927e1bf930e39 9a793a82507382f616e7b7ab2231639c0ceefb3d178c1fdf00b3a11dabd135]]
**Document description:** Supporting Documents
**Original filename:** C:\fakepath\NB Hotels Supporting Documents.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=1017686615 [Date=5/23/2022] [FileNumber=47795536-1] [b0d1b13134a92eeaae7ba4461025de3505bcc74ae1ac7a1edb05b2b49c3e0d8f84 561e515c143bbd24480393fcb85ad61e427e2b4a12ce2f549b5992b8769f30]]

**22-30681-hdh11 Notice will be electronically mailed to:**

Sherrel K. Knighton on behalf of Creditor Dallas County
Sherrel.Knighton@lgbs.com, Dora.Casiano-Perez@lgbs.com;Sean.French@lgbs.com;Dallas.Bankruptcy@lgbs.com

Joyce W. Lindauer on behalf of Debtor NB Hotels Dallas LLC
joyce@joycelindauer.com, dian@joycelindauer.com;deann@joycelindauer.com;12113@notices.nextchapterbk.com

United States Trustee
ustpregion06.da.ecf@usdoj.gov

Kimberly A. Walsh on behalf of Creditor Texas Comptroller of Public Accounts, Revenue Accounting Division
bk-kwalsh@oag.texas.gov, sherri.simpson@oag.texas.gov

Donna K. Webb on behalf of Creditor Small Business Administration
donna.webb@usdoj.gov, brian.stoltz@usdoj.gov;CaseView.ECF@usdoj.gov;brooke.lewis@usdoj.gov

Bruce John Zabarauskas on behalf of Creditor Wells Fargo Bank, National Association as Trustee for Morgan Stanley Capital I Trust 2019-L2 for the benefit of the Commercial Mortgage Pass-Through Certificate Holders
bruce.zabarauskas@hklaw.com, wanda.sneed@tklaw.com;hope.daniels@tklaw.com

**22-30681-hdh11 Notice will not be electronically mailed to:**

# EXHIBIT "2"

ACAR Leasing LTD d/b/a GM Financial Leasing
PO Box 183853
Arlington, TX 76096

## UNITED STATES BANKRUPTCY COURT

Northern DISTRICT OF Texas

Dallas Division

| | | |
|---|---|---|
| In Re. NB Hotels Dallas LLC | § | Case No. 22-30681 |
| | § | |
| | § | |
| Debtor(s) | § | ☐ Jointly Administered |

# Monthly Operating Report

Chapter 11

Reporting Period Ended: 04/30/2022

Petition Date: 04/18/2022

Months Pending: 0

Industry Classification: 7 2 1 1

Reporting Method:        Accrual Basis ⦿        Cash Basis ○

Debtor's Full-Time Employees (current):                    66

Debtor's Full-Time Employees (as of date of order for relief):        66

**Supporting Documentation** (check all that are attached):

(For jointly administered debtors, any required schedules must be provided on a non-consolidated basis for each debtor)

- ☐ Statement of cash receipts and disbursements
- ☒ Balance sheet containing the summary and detail of the assets, liabilities and equity (net worth) or deficit
- ☒ Statement of operations (profit or loss statement)
- ☒ Accounts receivable aging
- ☒ Postpetition liabilities aging
- ☐ Statement of capital assets
- ☐ Schedule of payments to professionals
- ☐ Schedule of payments to insiders
- ☒ All bank statements and bank reconciliations for the reporting period
- ☐ Description of the assets sold or transferred and the terms of the sale or transfer

/s/ Joyce W. Lindauer

Signature of Responsible Party

05/23/2022

Date

Joyce W. Lindauer

Printed Name of Responsible Party

Joyce W. Lindauer Attorney, PLLC
1412 Main St., Suite 500, Dallas, TX 75202

Address

STATEMENT: This Periodic Report is associated with an open bankruptcy case; therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 11-MOR (12/01/2021)                    1

Debtor's Name  NB Hotels Dallas LLC          Case No.  22-30681

| Part 1: Cash Receipts and Disbursements | Current Month | Cumulative |
|---|---|---|
| a.   Cash balance beginning of month | $23,483 | |
| b.   Total receipts (net of transfers between accounts) | $431,173 | $0 |
| c.   Total disbursements (net of transfers between accounts) | $100,586 | $100,586 |
| d.   Cash balance end of month (a+b-c) | $354,070 | |
| e.   Disbursements made by third party for the benefit of the estate | $0 | $0 |
| f.   Total disbursements for quarterly fee calculation (c+e) | $100,586 | $100,586 |

| Part 2:  Asset and Liability Status (Not generally applicable to Individual Debtors. See Instructions.) | Current Month |
|---|---|
| a.   Accounts receivable (total net of allowance) | $11,639 |
| b.   Accounts receivable over 90 days outstanding (net of allowance) | $3,750 |
| c.   Inventory   (Book ⊙   Market ○   Other ○   (attach explanation)) | $7,500 |
| d   Total current assets | $74,639,036 |
| e.   Total assets | $74,661,925 |
| f.   Postpetition payables (excluding taxes) | $332,710 |
| g.   Postpetition payables past due (excluding taxes) | $0 |
| h.   Postpetition taxes payable | $47,725 |
| i.   Postpetition taxes past due | $0 |
| j.   Total postpetition debt (f+h) | $380,435 |
| k.   Prepetition secured debt | $59,885,670 |
| l.   Prepetition priority debt | $23,095 |
| m.   Prepetition unsecured debt | $1,141,135 |
| n.   Total liabilities (debt) (j+k+l+m) | $61,430,335 |
| o.   Ending equity/net worth (e-n) | $13,231,590 |

| Part 3:  Assets Sold or Transferred | Current Month | Cumulative |
|---|---|---|
| a.   Total cash sales price for assets sold/transferred outside the ordinary course of business | $0 | $0 |
| b.   Total payments to third parties incident to assets being sold/transferred outside the ordinary course of business | $0 | $0 |
| c.   Net cash proceeds from assets sold/transferred outside the ordinary course of business (a-b) | $0 | $0 |

| Part 4:  Income Statement (Statement of Operations) (Not generally applicable to Individual Debtors. See Instructions.) | Current Month | Cumulative |
|---|---|---|
| a.   Gross income/sales (net of returns and allowances) | $400,486 | |
| b.   Cost of goods sold (inclusive of depreciation, if applicable) | $0 | |
| c.   Gross profit (a-b) | $400,486 | |
| d.   Selling expenses | $130,782 | |
| e.   General and administrative expenses | $130,447 | |
| f.   Other expenses | $49,694 | |
| g.   Depreciation and/or amortization (not included in 4b) | $0 | |
| h.   Interest | $0 | |
| i.   Taxes (local, state, and federal) | $20,732 | |
| j.   Reorganization items | $0 | |
| k.   Profit (loss) | $-15,669 | $0 |

Debtor's Name NB Hotels Dallas LLC                                   Case No. 22-30681

**Part 5: Professional Fees and Expenses**

|   |   | Approved Current Month | Approved Cumulative | Paid Current Month | Paid Cumulative |
|---|---|---|---|---|---|
| a. | Debtor's professional fees & expenses (bankruptcy)  *Aggregate Total* | $0 | $0 | $0 | $0 |
|   | *Itemized Breakdown by Firm* |   |   |   |   |

|   | Firm Name | Role |   |   |   |   |
|---|---|---|---|---|---|---|
| i |   |   | $0 | $0 | $0 | $0 |
| ii |   |   |   |   |   |   |
| iii |   |   |   |   |   |   |
| iv |   |   |   |   |   |   |
| v |   |   |   |   |   |   |
| vi |   |   |   |   |   |   |
| vii |   |   |   |   |   |   |
| viii |   |   |   |   |   |   |
| ix |   |   |   |   |   |   |
| x |   |   |   |   |   |   |
| xi |   |   |   |   |   |   |
| xii |   |   |   |   |   |   |
| xiii |   |   |   |   |   |   |
| xiv |   |   |   |   |   |   |
| xv |   |   |   |   |   |   |
| xvi |   |   |   |   |   |   |
| xvii |   |   |   |   |   |   |
| xviii |   |   |   |   |   |   |
| xix |   |   |   |   |   |   |
| xx |   |   |   |   |   |   |
| xxi |   |   |   |   |   |   |
| xxii |   |   |   |   |   |   |
| xxiii |   |   |   |   |   |   |
| xxiv |   |   |   |   |   |   |
| xxv |   |   |   |   |   |   |
| xxvi |   |   |   |   |   |   |
| xxvii |   |   |   |   |   |   |
| xxviii |   |   |   |   |   |   |
| xxix |   |   |   |   |   |   |
| xxx |   |   |   |   |   |   |
| xxxi |   |   |   |   |   |   |
| xxxii |   |   |   |   |   |   |
| xxxiii |   |   |   |   |   |   |
| xxxiv |   |   |   |   |   |   |
| xxxv |   |   |   |   |   |   |
| xxxvi |   |   |   |   |   |   |

UST Form 11-MOR (12/01/2021)                    3

Debtor's Name NB Hotels Dallas LLC                                    Case No. 22-30681

| | | | | | |
|---|---|---|---|---|---|
| xxxvii | | | | | |
| xxxvii | | | | | |
| xxxix | | | | | |
| xl | | | | | |
| xli | | | | | |
| xlii | | | | | |
| xliii | | | | | |
| xliv | | | | | |
| xlv | | | | | |
| xlvi | | | | | |
| xlvii | | | | | |
| xlviii | | | | | |
| xlix | | | | | |
| l | | | | | |
| li | | | | | |
| lii | | | | | |
| liii | | | | | |
| liv | | | | | |
| lv | | | | | |
| lvi | | | | | |
| lvii | | | | | |
| lviii | | | | | |
| lix | | | | | |
| lx | | | | | |
| lxi | | | | | |
| lxii | | | | | |
| lxiii | | | | | |
| lxiv | | | | | |
| lxv | | | | | |
| lxvi | | | | | |
| lxvii | | | | | |
| lxviii | | | | | |
| lxix | | | | | |
| lxx | | | | | |
| lxxi | | | | | |
| lxxii | | | | | |
| lxxiii | | | | | |
| lxxiv | | | | | |
| lxxv | | | | | |
| lxxvi | | | | | |
| lxxvii | | | | | |
| lxxvii | | | | | |

Debtor's Name  NB Hotels Dallas LLC                                    Case No.  22-30681

| | | | | | |
|---|---|---|---|---|---|
| lxxix | | | | | |
| lxxx | | | | | |
| lxxxi | | | | | |
| lxxxii | | | | | |
| lxxxii | | | | | |
| lxxxiv | | | | | |
| lxxxv | | | | | |
| lxxxvi | | | | | |
| lxxxvi | | | | | |
| lxxxvi | | | | | |
| lxxxix | | | | | |
| xc | | | | | |
| xci | | | | | |
| xcii | | | | | |
| xciii | | | | | |
| xciv | | | | | |
| xcv | | | | | |
| xcvi | | | | | |
| xcvii | | | | | |
| xcviii | | | | | |
| xcix | | | | | |
| c | | | | | |
| ci | | | | | |

| | | | Approved Current Month | Approved Cumulative | Paid Current Month | Paid Cumulative |
|---|---|---|---|---|---|---|
| b. | Debtor's professional fees & expenses (nonbankruptcy)  *Aggregate Total* | | $0 | $0 | $0 | $0 |
| | *Itemized Breakdown by Firm* | | | | | |
| | Firm Name | Role | | | | |
| i | | | $0 | $0 | $0 | $0 |
| ii | | | | | | |
| iii | | | | | | |
| iv | | | | | | |
| v | | | | | | |
| vi | | | | | | |
| vii | | | | | | |
| viii | | | | | | |
| ix | | | | | | |
| x | | | | | | |
| xi | | | | | | |
| xii | | | | | | |
| xiii | | | | | | |
| xiv | | | | | | |

UST Form 11-MOR (12/01/2021)                              5

Debtor's Name NB Hotels Dallas LLC                                    Case No. 22-30681

| | | | | | |
|---|---|---|---|---|---|
| xv | | | | | |
| xvi | | | | | |
| xvii | | | | | |
| xviii | | | | | |
| xix | | | | | |
| xx | | | | | |
| xxi | | | | | |
| xxii | | | | | |
| xxiii | | | | | |
| xxiv | | | | | |
| xxv | | | | | |
| xxvi | | | | | |
| xxvii | | | | | |
| xxviii | | | | | |
| xxix | | | | | |
| xxx | | | | | |
| xxxi | | | | | |
| xxxii | | | | | |
| xxxiii | | | | | |
| xxxiv | | | | | |
| xxxv | | | | | |
| xxxvi | | | | | |
| xxxvii | | | | | |
| xxxvii | | | | | |
| xxxix | | | | | |
| xl | | | | | |
| xli | | | | | |
| xlii | | | | | |
| xliii | | | | | |
| xliv | | | | | |
| xlv | | | | | |
| xlvi | | | | | |
| xlvii | | | | | |
| xlviii | | | | | |
| xlix | | | | | |
| l | | | | | |
| li | | | | | |
| lii | | | | | |
| liii | | | | | |
| liv | | | | | |
| lv | | | | | |
| lvi | | | | | |

Debtor's Name NB Hotels Dallas LLC                                    Case No. 22-30681

| | | | | | |
|---|---|---|---|---|---|
| lvii | | | | | |
| lviii | | | | | |
| lix | | | | | |
| lx | | | | | |
| lxi | | | | | |
| lxii | | | | | |
| lxiii | | | | | |
| lxiv | | | | | |
| lxv | | | | | |
| lxvi | | | | | |
| lxvii | | | | | |
| lxviii | | | | | |
| lxix | | | | | |
| lxx | | | | | |
| lxxi | | | | | |
| lxxii | | | | | |
| lxxiii | | | | | |
| lxxiv | | | | | |
| lxxv | | | | | |
| lxxvi | | | | | |
| lxxvii | | | | | |
| lxxvii | | | | | |
| lxxix | | | | | |
| lxxx | | | | | |
| lxxxi | | | | | |
| lxxxii | | | | | |
| lxxxii | | | | | |
| lxxxiv | | | | | |
| lxxxv | | | | | |
| lxxxvi | | | | | |
| lxxxvi | | | | | |
| lxxxvi | | | | | |
| lxxxix | | | | | |
| xc | | | | | |
| xci | | | | | |
| xcii | | | | | |
| xciii | | | | | |
| xciv | | | | | |
| xcv | | | | | |
| xcvi | | | | | |
| xcvii | | | | | |
| xcviii | | | | | |

Debtor's Name  NB Hotels Dallas LLC                                           Case No.  22-30681

| | xcix | | | | | | |
|---|---|---|---|---|---|---|---|
| | c | | | | | | |
| c. | All professional fees and expenses (debtor & committees) | | | $0 | $0 | $0 | $0 |

| Part 6:  Postpetition Taxes | Current Month | Cumulative |
|---|---|---|
| a. | Postpetition income taxes accrued (local, state, and federal) | $0 | $0 |
| b. | Postpetition income taxes paid (local, state, and federal) | $0 | $0 |
| c. | Postpetition employer payroll taxes accrued | $3,877 | $3,877 |
| d. | Postpetition employer payroll taxes paid | $18,912 | $18,912 |
| e. | Postpetition property taxes paid | $0 | $0 |
| f. | Postpetition other taxes accrued (local, state, and federal) | $54,967 | $54,967 |
| g. | Postpetition other taxes paid (local, state, and federal) | $0 | $0 |

## Part 7: Questionnaire - During this reporting period:

| | | |
|---|---|---|
| a. | Were any payments made on prepetition debt?  (if yes, see Instructions) | Yes ● No ○ |
| b. | Were any payments made outside the ordinary course of business without court approval?  (if yes, see Instructions) | Yes ○ No ● |
| c. | Were any payments made to or on behalf of insiders? | Yes ○ No ● |
| d. | Are you current on postpetition tax return filings? | Yes ● No ○ |
| e. | Are you current on postpetition estimated tax payments? | Yes ● No ○ |
| f. | Were all trust fund taxes remitted on a current basis? | Yes ● No ○ |
| g. | Was there any postpetition borrowing, other than trade credit? (if yes, see Instructions) | Yes ○ No ● |
| h. | Were all payments made to or on behalf of professionals approved by the court? | Yes ○ No ○ N/A ● |
| i. | Do you have:  Worker's compensation insurance? | Yes ● No ○ |
| | If yes, are your premiums current? | Yes ● No ○ N/A ○ (if no, see Instructions) |
| | Casualty/property insurance? | Yes ● No ○ |
| | If yes, are your premiums current? | Yes ● No ○ N/A ○ (if no, see Instructions) |
| | General liability insurance? | Yes ● No ○ |
| | If yes, are your premiums current? | Yes ● No ○ N/A ○ (if no, see Instructions) |
| j. | Has a plan of reorganization been filed with the court? | Yes ○ No ● |
| k. | Has a disclosure statement been filed with the court? | Yes ○ No ● |
| l. | Are you current with quarterly U.S. Trustee fees as set forth under 28 U.S.C. § 1930? | Yes ● No ○ |

Debtor's Name  NB Hotels Dallas LLC

Case No.  22-30681

**Part 8: Individual Chapter 11 Debtors (Only)**

| | | |
|---|---|---|
| a. | Gross income (receipts) from salary and wages | $0 |
| b. | Gross income (receipts) from self-employment | $0 |
| c. | Gross income from all other sources | $0 |
| d. | Total income in the reporting period (a+b+c) | $0 |
| e. | Payroll deductions | $0 |
| f. | Self-employment related expenses | $0 |
| g. | Living expenses | $0 |
| h. | All other expenses | $0 |
| i. | Total expenses in the reporting period (e+f+g+h) | $0 |
| j. | Difference between total income and total expenses (d-i) | $0 |
| k. | List the total amount of all postpetition debts that are past due | $0 |
| l. | Are you required to pay any Domestic Support Obligations as defined by 11 U.S.C § 101(14A)? | Yes ○  No ● |
| m. | If yes, have you made all Domestic Support Obligation payments? | Yes ○  No ○  N/A ● |

### Privacy Act Statement

28 U.S.C. § 589b authorizes the collection of this information, and provision of this information is mandatory under 11 U.S.C. §§ 704, 1106, and 1107. The United States Trustee will use this information to calculate statutory fee assessments under 28 U.S.C. § 1930(a)(6). The United States Trustee will also use this information to evaluate a chapter 11 debtor's progress through the bankruptcy system, including the likelihood of a plan of reorganization being confirmed and whether the case is being prosecuted in good faith. This information may be disclosed to a bankruptcy trustee or examiner when the information is needed to perform the trustee's or examiner's duties or to the appropriate federal, state, local, regulatory, tribal, or foreign law enforcement agency when the information indicates a violation or potential violation of law. Other disclosures may be made for routine purposes. For a discussion of the types of routine disclosures that may be made, you may consult the Executive Office for United States Trustee's systems of records notice, UST-001, "Bankruptcy Case Files and Associated Records." *See* 71 Fed. Reg. 59,818 et seq. (Oct. 11, 2006). A copy of the notice may be obtained at the following link: http://www.justice.gov/ust/eo/rules_regulations/index.htm. Failure to provide this information could result in the dismissal or conversion of your bankruptcy case or other action by the United States Trustee. 11 U.S.C. § 1112(b)(4)(F).

**<u>I declare under penalty of perjury that the foregoing Monthly Operating Report and its supporting documentation are true and correct and that I have been authorized to sign this report on behalf of the estate.</u>**

| | |
|---|---|
| /s/ Nadir Badruddin | Nadir Badruddin |
| Signature of Responsible Party | Printed Name of Responsible Party |
| President | 05/23/2022 |
| Title | Date |

Debtor's Name NB Hotels Dallas LLC        Case No. 22-30681



PageOnePartOne



PageOnePartTwo



PageTwoPartOne



PageTwoPartTwo

Debtor's Name NB Hotels Dallas LLC                                      Case No.  22-30681



Bankruptcy1to50

Bankruptcy51to100

NonBankruptcy1to50

NonBankruptcy51to100

Debtor's Name NB Hotels Dallas LLC                                              Case No. 22-30681



PageThree



PageFour

**Miscellaneous:**

22-30681-swe11 NB Hotels Dallas LLC

Type: bk                Chapter: 11 v           Office: 3 (Dallas)
Assets: y               Judge: swe              Case Flag: REFORM,
                                                DsclsDue, NTCAPR

Summary    History    Parties    Filers    Docket Sheet    Deadlines/Hearings    Status    Pending Motions    Creditors    Claims Register

---

## U.S. Bankruptcy Court

## Northern District of Texas

Notice of Electronic Filing

The following transaction was received from Joyce W. Lindauer entered on 6/22/2022 at 11:33 AM CDT and filed on 6/22/2022
**Case Name:**        NB Hotels Dallas LLC
**Case Number:**      22-30681-swe11
**Document Number:** 84

**Docket Text:**
Chapter 11 Monthly Operating Report for the Month Ending: 05/31/2022 filed by Debtor NB Hotels Dallas LLC. (Attachments: # (1) Supporting Documents) (Lindauer, Joyce)

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** May 2022.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=1017686615 [Date=6/22/2022] [FileNumber=47878321-0] [336ca4c5538ca62b92b1222ac7bdc445038a426fe322393df01d5a50b20a98ae48 2025636888b0c649289da57b2ec3b22354211c061e19c598933f23a663bc54]]
**Document description:** Supporting Documents
**Original filename:** C:\fakepath\Supporting Documents.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=1017686615 [Date=6/22/2022] [FileNumber=47878321-1] [1970c938e9c5f955d169e0eaed11e7a89e694df9c2d71ba54a033b01dffd1ab032 7fe7965d6435e4963544c4fe5cc8ad0bc3af239d1fa3f1081c765304352520]]

**22-30681-swe11 Notice will be electronically mailed to:**

Sherrel K. Knighton on behalf of Creditor Dallas County
Sherrel.Knighton@lgbs.com, Dora.Casiano-Perez@lgbs.com;Sean.French@lgbs.com;Dallas.Bankruptcy@lgbs.com

Joyce W. Lindauer on behalf of Debtor NB Hotels Dallas LLC
joyce@joycelindauer.com, dian@joycelindauer.com;12113@notices.nextchapterbk.com

United States Trustee
ustpregion06.da.ecf@usdoj.gov

Kimberly A. Walsh on behalf of Creditor Texas Comptroller of Public Accounts, Revenue Accounting Division
bk-kwalsh@oag.texas.gov, sherri.simpson@oag.texas.gov

Donna K. Webb on behalf of Creditor Small Business Administration
donna.webb@usdoj.gov, brian.stoltz@usdoj.gov;CaseView.ECF@usdoj.gov;brooke.lewis@usdoj.gov

Bruce John Zabarauskas on behalf of Creditor Wells Fargo Bank, National Association as Trustee for Morgan Stanley Capital I Trust 2019-L2 for the benefit of the Commercial Mortgage Pass-Through Certificate Holders
bruce.zabarauskas@hklaw.com, wanda.sneed@tklaw.com;hope.daniels@tklaw.com

**22-30681-swe11 Notice will not be electronically mailed to:**

ACAR Leasing LTD d/b/a GM Financial Leasing
PO Box 183853
Arlington, TX 76096

## UNITED STATES BANKRUPTCY COURT

Northern DISTRICT OF Texas

Dallas Division

| | | |
|---|---|---|
| In Re. NB Hotels Dallas LLC | § | Case No. 22-30681 |
| | § | |
| | § | |
| Debtor(s) | § | ☐ Jointly Administered |

# Monthly Operating Report

Chapter 11

Reporting Period Ended: 05/31/2022     Petition Date: 04/18/2022

Months Pending: 1     Industry Classification: 7 2 1 1

Reporting Method:     Accrual Basis ◉     Cash Basis ○

Debtor's Full-Time Employees (current):     69

Debtor's Full-Time Employees (as of date of order for relief):     69

**Supporting Documentation** (check all that are attached):

(For jointly administered debtors, any required schedules must be provided on a non-consolidated basis for each debtor)

- ☐ Statement of cash receipts and disbursements
- ☒ Balance sheet containing the summary and detail of the assets, liabilities and equity (net worth) or deficit
- ☒ Statement of operations (profit or loss statement)
- ☒ Accounts receivable aging
- ☒ Postpetition liabilities aging
- ☐ Statement of capital assets
- ☐ Schedule of payments to professionals
- ☐ Schedule of payments to insiders
- ☒ All bank statements and bank reconciliations for the reporting period
- ☐ Description of the assets sold or transferred and the terms of the sale or transfer

/s/ Joyce W. Lindauer     Joyce W. Lindauer
Signature of Responsible Party     Printed Name of Responsible Party

06/22/2022
Date     Joyce W. Lindauer Attorney, PLLC
1412 Main Street, Suite 500, Dallas, TX 7 5202
Address

STATEMENT: This Periodic Report is associated with an open bankruptcy case; therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 11-MOR (12/01/2021)     1

Debtor's Name NB Hotels Dallas LLC                                      Case No. 22-30681

| Part 1: Cash Receipts and Disbursements | Current Month | Cumulative |
|---|---|---|
| a. Cash balance beginning of month | $354,070 | |
| b. Total receipts (net of transfers between accounts) | $1,021,302 | $1,452,475 |
| c. Total disbursements (net of transfers between accounts) | $420,968 | $521,554 |
| d. Cash balance end of month (a+b-c) | $954,404 | |
| e. Disbursements made by third party for the benefit of the estate | $0 | $0 |
| f. Total disbursements for quarterly fee calculation (c+e) | $420,968 | $521,554 |

| Part 2: Asset and Liability Status (Not generally applicable to Individual Debtors. See Instructions.) | Current Month |
|---|---|
| a. Accounts receivable (total net of allowance) | $16,480 |
| b. Accounts receivable over 90 days outstanding (net of allowance) | $4,956 |
| c. Inventory (Book ● Market ○ Other ○ (attach explanation)) | $7,500 |
| d. Total current assets | $74,632,989 |
| e. Total assets | $74,661,925 |
| f. Postpetition payables (excluding taxes) | $114,753 |
| g. Postpetition payables past due (excluding taxes) | $10,801 |
| h. Postpetition taxes payable | $123,305 |
| i. Postpetition taxes past due | $0 |
| j. Total postpetition debt (f+h) | $238,058 |
| k. Prepetition secured debt | $59,885,670 |
| l. Prepetition priority debt | $13,004 |
| m. Prepetition unsecured debt | $1,141,135 |
| n. Total liabilities (debt) (j+k+l+m) | $61,277,867 |
| o. Ending equity/net worth (e-n) | $13,384,058 |

| Part 3: Assets Sold or Transferred | Current Month | Cumulative |
|---|---|---|
| a. Total cash sales price for assets sold/transferred outside the ordinary course of business | $0 | $0 |
| b. Total payments to third parties incident to assets being sold/transferred outside the ordinary course of business | $0 | $0 |
| c. Net cash proceeds from assets sold/transferred outside the ordinary course of business (a-b) | $0 | $0 |

| Part 4: Income Statement (Statement of Operations) (Not generally applicable to Individual Debtors. See Instructions.) | Current Month | Cumulative |
|---|---|---|
| a. Gross income/sales (net of returns and allowances) | $870,697 | |
| b. Cost of goods sold (inclusive of depreciation, if applicable) | $0 | |
| c. Gross profit (a-b) | $870,697 | |
| d. Selling expenses | $236,849 | |
| e. General and administrative expenses | $240,957 | |
| f. Other expenses | $316,414 | |
| g. Depreciation and/or amortization (not included in 4b) | $0 | |
| h. Interest | $0 | |
| i. Taxes (local, state, and federal) | $0 | |
| j. Reorganization items | $0 | |
| k. Profit (loss) | $76,477 | $60,807 |

UST Form 11-MOR (12/01/2021)                            2

Debtor's Name  NB Hotels Dallas LLC                                  Case No.  22-30681

## Part 5:  Professional Fees and Expenses

|   |   | Approved Current Month | Approved Cumulative | Paid Current Month | Paid Cumulative |
|---|---|---|---|---|---|
| a. | Debtor's professional fees & expenses (bankruptcy)  *Aggregate Total* | $0 | $0 | $0 | $0 |
|   | *Itemized Breakdown by Firm* |   |   |   |   |
|   | Firm Name / Role |   |   |   |   |
| i |   | $0 | $0 | $0 | $0 |
| ii |   |   |   |   |   |
| iii |   |   |   |   |   |
| iv |   |   |   |   |   |
| v |   |   |   |   |   |
| vi |   |   |   |   |   |
| vii |   |   |   |   |   |
| viii |   |   |   |   |   |
| ix |   |   |   |   |   |
| x |   |   |   |   |   |
| xi |   |   |   |   |   |
| xii |   |   |   |   |   |
| xiii |   |   |   |   |   |
| xiv |   |   |   |   |   |
| xv |   |   |   |   |   |
| xvi |   |   |   |   |   |
| xvii |   |   |   |   |   |
| xviii |   |   |   |   |   |
| xix |   |   |   |   |   |
| xx |   |   |   |   |   |
| xxi |   |   |   |   |   |
| xxii |   |   |   |   |   |
| xxiii |   |   |   |   |   |
| xxiv |   |   |   |   |   |
| xxv |   |   |   |   |   |
| xxvi |   |   |   |   |   |
| xxvii |   |   |   |   |   |
| xxviii |   |   |   |   |   |
| xxix |   |   |   |   |   |
| xxx |   |   |   |   |   |
| xxxi |   |   |   |   |   |
| xxxii |   |   |   |   |   |
| xxxiii |   |   |   |   |   |
| xxxiv |   |   |   |   |   |
| xxxv |   |   |   |   |   |
| xxxvi |   |   |   |   |   |

Debtor's Name NB Hotels Dallas LLC                                        Case No.  22-30681

| | | | | | |
|---|---|---|---|---|---|
| xxxvii | | | | | |
| xxxvii | | | | | |
| xxxix | | | | | |
| xl | | | | | |
| xli | | | | | |
| xlii | | | | | |
| xliii | | | | | |
| xliv | | | | | |
| xlv | | | | | |
| xlvi | | | | | |
| xlvii | | | | | |
| xlviii | | | | | |
| xlix | | | | | |
| l | | | | | |
| li | | | | | |
| lii | | | | | |
| liii | | | | | |
| liv | | | | | |
| lv | | | | | |
| lvi | | | | | |
| lvii | | | | | |
| lviii | | | | | |
| lix | | | | | |
| lx | | | | | |
| lxi | | | | | |
| lxii | | | | | |
| lxiii | | | | | |
| lxiv | | | | | |
| lxv | | | | | |
| lxvi | | | | | |
| lxvii | | | | | |
| lxviii | | | | | |
| lxix | | | | | |
| lxx | | | | | |
| lxxi | | | | | |
| lxxii | | | | | |
| lxxiii | | | | | |
| lxxiv | | | | | |
| lxxv | | | | | |
| lxxvi | | | | | |
| lxxvii | | | | | |
| lxxvii | | | | | |

Debtor's Name NB Hotels Dallas LLC                                    Case No. 22-30681

| | | | | | | |
|---|---|---|---|---|---|---|
| lxxix | | | | | | |
| lxxx | | | | | | |
| lxxxi | | | | | | |
| lxxxii | | | | | | |
| lxxxii | | | | | | |
| lxxxiv | | | | | | |
| lxxxv | | | | | | |
| lxxxvi | | | | | | |
| lxxxvi | | | | | | |
| lxxxvi | | | | | | |
| lxxxix | | | | | | |
| xc | | | | | | |
| xci | | | | | | |
| xcii | | | | | | |
| xciii | | | | | | |
| xciv | | | | | | |
| xcv | | | | | | |
| xcvi | | | | | | |
| xcvii | | | | | | |
| xcviii | | | | | | |
| xcix | | | | | | |
| c | | | | | | |
| ci | | | | | | |

| | | | Approved Current Month | Approved Cumulative | Paid Current Month | Paid Cumulative |
|---|---|---|---|---|---|---|
| b. | Debtor's professional fees & expenses (nonbankruptcy) *Aggregate Total* | | | | | |
| | *Itemized Breakdown by Firm* | | | | | |
| | Firm Name | Role | | | | |
| i | | | | | | |
| ii | | | | | | |
| iii | | | | | | |
| iv | | | | | | |
| v | | | | | | |
| vi | | | | | | |
| vii | | | | | | |
| viii | | | | | | |
| ix | | | | | | |
| x | | | | | | |
| xi | | | | | | |
| xii | | | | | | |
| xiii | | | | | | |
| xiv | | | | | | |

Debtor's Name NB Hotels Dallas LLC                                    Case No. 22-30681

| | | | | | |
|---|---|---|---|---|---|
| xv | | | | | |
| xvi | | | | | |
| xvii | | | | | |
| xviii | | | | | |
| xix | | | | | |
| xx | | | | | |
| xxi | | | | | |
| xxii | | | | | |
| xxiii | | | | | |
| xxiv | | | | | |
| xxv | | | | | |
| xxvi | | | | | |
| xxvii | | | | | |
| xxviii | | | | | |
| xxix | | | | | |
| xxx | | | | | |
| xxxi | | | | | |
| xxxii | | | | | |
| xxxiii | | | | | |
| xxxiv | | | | | |
| xxxv | | | | | |
| xxxvi | | | | | |
| xxxvii | | | | | |
| xxxvii | | | | | |
| xxxix | | | | | |
| xl | | | | | |
| xli | | | | | |
| xlii | | | | | |
| xliii | | | | | |
| xliv | | | | | |
| xlv | | | | | |
| xlvi | | | | | |
| xlvii | | | | | |
| xlviii | | | | | |
| xlix | | | | | |
| l | | | | | |
| li | | | | | |
| lii | | | | | |
| liii | | | | | |
| liv | | | | | |
| lv | | | | | |
| lvi | | | | | |

Debtor's Name NB Hotels Dallas LLC                                    Case No. 22-30681

| | | | | | | |
|---|---|---|---|---|---|---|
| lvii | | | | | | |
| lviii | | | | | | |
| lix | | | | | | |
| lx | | | | | | |
| lxi | | | | | | |
| lxii | | | | | | |
| lxiii | | | | | | |
| lxiv | | | | | | |
| lxv | | | | | | |
| lxvi | | | | | | |
| lxvii | | | | | | |
| lxviii | | | | | | |
| lxix | | | | | | |
| lxx | | | | | | |
| lxxi | | | | | | |
| lxxii | | | | | | |
| lxxiii | | | | | | |
| lxxiv | | | | | | |
| lxxv | | | | | | |
| lxxvi | | | | | | |
| lxxvii | | | | | | |
| lxxvii | | | | | | |
| lxxix | | | | | | |
| lxxx | | | | | | |
| lxxxi | | | | | | |
| lxxxii | | | | | | |
| lxxxii | | | | | | |
| lxxxiv | | | | | | |
| lxxxv | | | | | | |
| lxxxvi | | | | | | |
| lxxxvi | | | | | | |
| lxxxvi | | | | | | |
| lxxxix | | | | | | |
| xc | | | | | | |
| xci | | | | | | |
| xcii | | | | | | |
| xciii | | | | | | |
| xciv | | | | | | |
| xcv | | | | | | |
| xcvi | | | | | | |
| xcvii | | | | | | |
| xcviii | | | | | | |

Debtor's Name  NB Hotels Dallas LLC                                                                           Case No.  22-30681

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | xcix | | | | | | |
| | c | | | | | | |
| c. | All professional fees and expenses (debtor & committees) | | | | $0 | $0 | $0 | $0 |

| **Part 6:  Postpetition Taxes** | **Current Month** | **Cumulative** |
|---|---|---|
| a. Postpetition income taxes accrued (local, state, and federal) | $0 | $0 |
| b. Postpetition income taxes paid (local, state, and federal) | $0 | $0 |
| c. Postpetition employer payroll taxes accrued | $5,749 | $5,749 |
| d. Postpetition employer payroll taxes paid | $41,803 | $60,715 |
| e. Postpetition property taxes paid | $0 | $0 |
| f. Postpetition other taxes accrued (local, state, and federal) | $123,305 | $123,305 |
| g. Postpetition other taxes paid (local, state, and federal) | $0 | $0 |

**Part 7: Questionnaire - During this reporting period:**

| | | |
|---|---|---|
| a. | Were any payments made on prepetition debt?  (if yes, see Instructions) | Yes ● No ○ |
| b. | Were any payments made outside the ordinary course of business without court approval?  (if yes, see Instructions) | Yes ○ No ● |
| c. | Were any payments made to or on behalf of insiders? | Yes ○ No ● |
| d. | Are you current on postpetition tax return filings? | Yes ● No ○ |
| e. | Are you current on postpetition estimated tax payments? | Yes ● No ○ |
| f. | Were all trust fund taxes remitted on a current basis? | Yes ● No ○ |
| g. | Was there any postpetition borrowing, other than trade credit? (if yes, see Instructions) | Yes ○ No ● |
| h. | Were all payments made to or on behalf of professionals approved by the court? | Yes ○ No ○ N/A ● |
| i. | Do you have:  Worker's compensation insurance? | Yes ● No ○ |
| | If yes, are your premiums current? | Yes ● No ○ N/A ○ (if no, see Instructions) |
| | Casualty/property insurance? | Yes ● No ○ |
| | If yes, are your premiums current? | Yes ● No ○ N/A ○ (if no, see Instructions) |
| | General liability insurance? | Yes ● No ○ |
| | If yes, are your premiums current? | Yes ● No ○ N/A ○ (if no, see Instructions) |
| j. | Has a plan of reorganization been filed with the court? | Yes ○ No ● |
| k. | Has a disclosure statement been filed with the court? | Yes ○ No ● |
| l. | Are you current with quarterly U.S. Trustee fees as set forth under 28 U.S.C. § 1930? | Yes ● No ○ |

Debtor's Name  NB Hotels Dallas LLC                                             Case No.  22-30681

**Part 8: Individual Chapter 11 Debtors (Only)**

| | | |
|---|---|---|
| a. | Gross income (receipts) from salary and wages | $0 |
| b. | Gross income (receipts) from self-employment | $0 |
| c. | Gross income from all other sources | $0 |
| d. | Total income in the reporting period (a+b+c) | $0 |
| e. | Payroll deductions | $0 |
| f. | Self-employment related expenses | $0 |
| g. | Living expenses | $0 |
| h. | All other expenses | $0 |
| i. | Total expenses in the reporting period (e+f+g+h) | $0 |
| j. | Difference between total income and total expenses (d-i) | $0 |
| k. | List the total amount of all postpetition debts that are past due | $0 |
| l. | Are you required to pay any Domestic Support Obligations as defined by 11 U.S.C § 101(14A)? | Yes ◯  No ⦿ |
| m. | If yes, have you made all Domestic Support Obligation payments? | Yes ◯  No ◯  N/A ⦿ |

**Privacy Act Statement**

28 U.S.C. § 589b authorizes the collection of this information, and provision of this information is mandatory under 11 U.S.C. §§ 704, 1106, and 1107.  The United States Trustee will use this information to calculate statutory fee assessments under 28 U.S.C. § 1930(a)(6).  The United States Trustee will also use this information to evaluate a chapter 11 debtor's progress through the bankruptcy system, including the likelihood of a plan of reorganization being confirmed and whether the case is being prosecuted in good faith.  This information may be disclosed to a bankruptcy trustee or examiner when the information is needed to perform the trustee's or examiner's duties or to the appropriate federal, state, local, regulatory, tribal, or foreign law enforcement agency when the information indicates a violation or potential violation of law.  Other disclosures may be made for routine purposes. For a discussion of the types of routine disclosures that may be made, you may consult the Executive Office for United States Trustee's systems of records notice, UST-001, "Bankruptcy Case Files and Associated Records."  *See* 71 Fed. Reg. 59,818 et seq. (Oct. 11, 2006).  A copy of the notice may be obtained at the following link: http://www.justice.gov/ust/eo/rules_regulations/index.htm.  Failure to provide this information could result in the dismissal or conversion of your bankruptcy case or other action by the United States Trustee.  11 U.S.C. § 1112(b)(4)(F).


**I declare under penalty of perjury that the foregoing Monthly Operating Report and its supporting documentation are true and correct and that I have been authorized to sign this report on behalf of the estate.**


/s/Nadir Badruddin                                             Nadir Badruddin
_____                    _____
Signature of Responsible Party                          Printed Name of Responsible Party

President                                                        06/22/2022
_____                    _____
Title                                                              Date

Debtor's Name NB Hotels Dallas LLC                                    Case No. 22-30681


PageOnePartOne


PageOnePartTwo


PageTwoPartOne


PageTwoPartTwo

Debtor's Name NB Hotels Dallas LLC
Case No. 22-30681



Bankruptcy1to50

Bankruptcy51to100

NonBankruptcy1to50

NonBankruptcy51to100

Debtor's Name NB Hotels Dallas LLC                    Case No. 22-30681



PageThree



PageFour

**Miscellaneous:**

| | Filed: 04/18/2022 | Closed: |
| --- | --- | --- |
| | Reopen: | Dismissed: |
| | | Dismissed(jdb): |
| | Converted: | Discharged: |
| | | Discharged(jdb): |

[22-30681-swe11 NB Hotels Dallas LLC](#)

Type: bk                    Chapter: 11 v                    Office: 3 (Dallas)

Assets: y                    Judge: swe                    Case Flag: REFORM, NTCAPR

[Summary](#)  [History](#)  [Parties](#)  [Filers](#)  [Docket Sheet](#)  [Deadlines/Hearings](#)  [Status](#)  [Pending Motions](#)  [Creditors](#)  [Claims Register](#)

## U.S. Bankruptcy Court

## Northern District of Texas

Notice of Electronic Filing

The following transaction was received from Joyce W. Lindauer entered on 8/1/2022 at 3:14 PM CDT and filed on 8/1/2022

**Case Name:**        NB Hotels Dallas LLC
**Case Number:**    [22-30681-swe11](#)
**Document Number:** [94](#)

**Docket Text:**
Chapter 11 Monthly Operating Report for the Month Ending: 06/30/2022 filed by Debtor NB Hotels Dallas LLC. (Attachments: # (1) Exhibits) (Lindauer, Joyce)

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**NB Hotels - June 2022.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=1017686615 [Date=8/1/2022] [FileNumber=48001424-0
] [aeb99c7d866554b8fdbb5d0adfeecfafa0266a87a32d53376bb4f5f4006457cd42e
e3a021d0388a18ee7472b4c379d716b05266a1c283bba6ccaa3ae729a5d40]]
**Document description:** Exhibits
**Original filename:**C:\fakepath\NB Hotels Exhibits.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=1017686615 [Date=8/1/2022] [FileNumber=48001424-1
] [885d574bec331ae104f1429ca09d30d16a2489f9657b820cba98d4567caffbe82c4
f8abda51f8cd1ce00fd43e18be740bf0ea91e892cb836e8c1ca150f620094]]

**22-30681-swe11 Notice will be electronically mailed to:**

Sherrel K. Knighton on behalf of Creditor Dallas County
Sherrel.Knighton@lgbs.com, Dora.Casiano-Perez@lgbs.com;Sean.French@lgbs.com;Dallas.Bankruptcy@lgbs.com

Joyce W. Lindauer on behalf of Debtor NB Hotels Dallas LLC
joyce@joycelindauer.com, dian@joycelindauer.com;12113@notices.nextchapterbk.com

United States Trustee
ustpregion06.da.ecf@usdoj.gov

Kimberly A. Walsh on behalf of Creditor Texas Comptroller of Public Accounts, Revenue Accounting Division
bk-kwalsh@oag.texas.gov, sherri.simpson@oag.texas.gov

Donna K. Webb on behalf of Creditor Small Business Administration
donna.webb@usdoj.gov, brian.stoltz@usdoj.gov;CaseView.ECF@usdoj.gov;brooke.lewis@usdoj.gov

Bruce John Zabarauskas on behalf of Creditor Wells Fargo Bank, National Association as Trustee for Morgan Stanley Capital I Trust 2019-L2 for the benefit of the Commercial Mortgage Pass-Through Certificate Holders
bruce.zabarauskas@hklaw.com, wanda.sneed@tklaw.com;hope.daniels@tklaw.com

**22-30681-swe11 Notice will not be electronically mailed to:**

ACAR Leasing LTD d/b/a GM Financial Leasing
PO Box 183853
Arlington, TX 76096

Joyce W Lindauer
1412 Main Street Suite 500
Dallas, TX 75202

# UNITED STATES BANKRUPTCY COURT

NORTHERN  DISTRICT OF  TEXAS

DALLAS DIVISION

In Re. NB Hotels Dallas LLC                    §                 Case No.  22-30681
                                                               §
_____       §
                   Debtor(s)                          §
                                                               §                 ☐ Jointly Administered

# Monthly Operating Report                                                  Chapter 11

Reporting Period Ended: 06/30/2022                          Petition Date: 04/18/2022

Months Pending: 2                                                   Industry Classification:  | 7 | 2 | 1 | 1 |

Reporting Method:                    Accrual Basis ◉            Cash Basis ○

Debtor's Full-Time Employees (current):                      68

Debtor's Full-Time Employees (as of date of order for relief):        68

## Supporting  Documentation  (check all that are attached):

(For jointly administered debtors, any required schedules must be provided on a non-consolidated basis for each debtor)

☐        Statement of cash receipts and disbursements
☒        Balance sheet containing the summary and detail of the assets, liabilities and equity (net worth) or deficit
☒        Statement of operations (profit or loss statement)
☒        Accounts receivable aging
☒        Postpetition liabilities aging
☐        Statement of capital assets
☐        Schedule of payments to professionals
☐        Schedule of payments to insiders
☒        All bank statements and bank reconciliations for the reporting period
☐        Description of the assets sold or transferred and the terms of the sale or transfer

/s/ Joyce W. Lindauer                                        Joyce W. Lindauer
_____                 _____
Signature of Responsible Party                            Printed Name of Responsible Party

07/26/2022
_____                 Joyce W. Lindauer Attorney, PLLC
Date                                                                1412 Main Street, Suite 500, Dallas, TX 75202
                                                                    Address

STATEMENT: This Periodic Report is associated with an open bankruptcy case; therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

Debtor's Name  NB Hotels Dallas LLC                                                     Case No.  22-30681

| Part 1: Cash Receipts and Disbursements | Current Month | Cumulative |
|---|---|---|
| a.  Cash balance beginning of month | $954,404 | |
| b.  Total receipts (net of transfers between accounts) | $966,524 | $2,418,999 |
| c.  Total disbursements (net of transfers between accounts) | $832,964 | $1,354,518 |
| d.  Cash balance end of month (a+b-c) | $1,087,964 | |
| e.  Disbursements made by third party for the benefit of the estate | $0 | $0 |
| f.  Total disbursements for quarterly fee calculation (c+e) | $832,964 | $1,354,518 |

| Part 2: Asset and Liability Status<br>(Not generally applicable to Individual Debtors. See Instructions.) | Current Month |
|---|---|
| a.  Accounts receivable (total net of allowance) | $8,075 |
| b.  Accounts receivable over 90 days outstanding (net of allowance) | $17,316 |
| c.  Inventory    (Book ◉  Market ○  Other ○   (attach explanation)) | $7,500 |
| d  Total current assets | $74,632,989 |
| e.  Total assets | $74,661,925 |
| f.  Postpetition payables (excluding taxes) | $400,391 |
| g.  Postpetition payables past due (excluding taxes) | $35,536 |
| h.  Postpetition taxes payable | $120,895 |
| i.  Postpetition taxes past due | $0 |
| j.  Total postpetition debt (f+h) | $521,286 |
| k.  Prepetition secured debt | $59,885,670 |
| l.  Prepetition priority debt | $13,004 |
| m.  Prepetition unsecured debt | $1,141,135 |
| n.  Total liabilities (debt) (j+k+l+m) | $61,561,094 |
| o.  Ending equity/net worth (e-n) | $13,100,831 |

| Part 3: Assets Sold or Transferred | Current Month | Cumulative |
|---|---|---|
| a.  Total cash sales price for assets sold/transferred outside the ordinary course of business | $0 | $0 |
| b.  Total payments to third parties incident to assets being sold/transferred outside the ordinary course of business | $0 | $0 |
| c.  Net cash proceeds from assets sold/transferred outside the ordinary course of business (a-b) | $0 | $0 |

| Part 4: Income Statement (Statement of Operations)<br>(Not generally applicable to Individual Debtors. See Instructions.) | Current Month | Cumulative |
|---|---|---|
| a.  Gross income/sales (net of returns and allowances) | $877,316 | |
| b.  Cost of goods sold (inclusive of depreciation, if applicable) | $0 | |
| c.  Gross profit (a-b) | $877,316 | |
| d.  Selling expenses | $277,815 | |
| e.  General and administrative expenses | $223,200 | |
| f.  Other expenses | $295,749 | |
| g.  Depreciation and/or amortization (not included in 4b) | $0 | |
| h.  Interest | $0 | |
| i.  Taxes (local, state, and federal) | $0 | |
| j.  Reorganization items | $0 | |
| k.  Profit (loss) | $80,552 | $141,359 |

UST Form 11-MOR (12/01/2021)                              2

Debtor's Name NB Hotels Dallas LLC

Case No. 22-30681

| Part 5:  Professional Fees and Expenses | | | | | | |
|---|---|---|---|---|---|---|

| | | | Approved Current Month | Approved Cumulative | Paid Current Month | Paid Cumulative |
|---|---|---|---|---|---|---|
| a. | Debtor's professional fees & expenses (bankruptcy)  *Aggregate Total* | | $0 | $0 | $0 | $0 |
| | *Itemized Breakdown by Firm* | | | | | |
| | Firm Name | Role | | | | |
| i | | | $0 | $0 | $0 | $0 |
| ii | | | | | | |
| iii | | | | | | |
| iv | | | | | | |
| v | | | | | | |
| vi | | | | | | |
| vii | | | | | | |
| viii | | | | | | |
| ix | | | | | | |
| x | | | | | | |
| xi | | | | | | |
| xii | | | | | | |
| xiii | | | | | | |
| xiv | | | | | | |
| xv | | | | | | |
| xvi | | | | | | |
| xvii | | | | | | |
| xviii | | | | | | |
| xix | | | | | | |
| xx | | | | | | |
| xxi | | | | | | |
| xxii | | | | | | |
| xxiii | | | | | | |
| xxiv | | | | | | |
| xxv | | | | | | |
| xxvi | | | | | | |
| xxvii | | | | | | |
| xxviii | | | | | | |
| xxix | | | | | | |
| xxx | | | | | | |
| xxxi | | | | | | |
| xxxii | | | | | | |
| xxxiii | | | | | | |
| xxxiv | | | | | | |
| xxxv | | | | | | |
| xxxvi | | | | | | |

Debtor's Name NB Hotels Dallas LLC                                        Case No. 22-30681

| | | | | | |
|---|---|---|---|---|---|
| xxxvii | | | | | |
| xxxvii | | | | | |
| xxxix | | | | | |
| xl | | | | | |
| xli | | | | | |
| xlii | | | | | |
| xliii | | | | | |
| xliv | | | | | |
| xlv | | | | | |
| xlvi | | | | | |
| xlvii | | | | | |
| xlviii | | | | | |
| xlix | | | | | |
| l | | | | | |
| li | | | | | |
| lii | | | | | |
| liii | | | | | |
| liv | | | | | |
| lv | | | | | |
| lvi | | | | | |
| lvii | | | | | |
| lviii | | | | | |
| lix | | | | | |
| lx | | | | | |
| lxi | | | | | |
| lxii | | | | | |
| lxiii | | | | | |
| lxiv | | | | | |
| lxv | | | | | |
| lxvi | | | | | |
| lxvii | | | | | |
| lxviii | | | | | |
| lxix | | | | | |
| lxx | | | | | |
| lxxi | | | | | |
| lxxii | | | | | |
| lxxiii | | | | | |
| lxxiv | | | | | |
| lxxv | | | | | |
| lxxvi | | | | | |
| lxxvii | | | | | |
| lxxvii | | | | | |

Debtor's Name  NB Hotels Dallas LLC                                    Case No.  22-30681

| | | | | | | |
|---|---|---|---|---|---|---|
| lxxix | | | | | | |
| lxxx | | | | | | |
| lxxxi | | | | | | |
| lxxxii | | | | | | |
| lxxxii | | | | | | |
| lxxxiv | | | | | | |
| lxxxv | | | | | | |
| lxxxvi | | | | | | |
| lxxxvi | | | | | | |
| lxxxvi | | | | | | |
| lxxxix | | | | | | |
| xc | | | | | | |
| xci | | | | | | |
| xcii | | | | | | |
| xciii | | | | | | |
| xciv | | | | | | |
| xcv | | | | | | |
| xcvi | | | | | | |
| xcvii | | | | | | |
| xcviii | | | | | | |
| xcix | | | | | | |
| c | | | | | | |
| ci | | | | | | |

| | | | Approved Current Month | Approved Cumulative | Paid Current Month | Paid Cumulative |
|---|---|---|---|---|---|---|
| b. | Debtor's professional fees & expenses (nonbankruptcy)  *Aggregate Total* | | | $0 | $0 | $0 | $0 |
| | *Itemized Breakdown by Firm* | | | | | | |
| | Firm Name | Role | | | | | |
| i | | | | $0 | $0 | $0 | $0 |
| ii | | | | | | | |
| iii | | | | | | | |
| iv | | | | | | | |
| v | | | | | | | |
| vi | | | | | | | |
| vii | | | | | | | |
| viii | | | | | | | |
| ix | | | | | | | |
| x | | | | | | | |
| xi | | | | | | | |
| xii | | | | | | | |
| xiii | | | | | | | |
| xiv | | | | | | | |

Debtor's Name NB Hotels Dallas LLC                                    Case No. 22-30681

| | | | | | |
|---|---|---|---|---|---|
| xv | | | | | |
| xvi | | | | | |
| xvii | | | | | |
| xviii | | | | | |
| xix | | | | | |
| xx | | | | | |
| xxi | | | | | |
| xxii | | | | | |
| xxiii | | | | | |
| xxiv | | | | | |
| xxv | | | | | |
| xxvi | | | | | |
| xxvii | | | | | |
| xxviii | | | | | |
| xxix | | | | | |
| xxx | | | | | |
| xxxi | | | | | |
| xxxii | | | | | |
| xxxiii | | | | | |
| xxxiv | | | | | |
| xxxv | | | | | |
| xxxvi | | | | | |
| xxxvii | | | | | |
| xxxvii | | | | | |
| xxxix | | | | | |
| xl | | | | | |
| xli | | | | | |
| xlii | | | | | |
| xliii | | | | | |
| xliv | | | | | |
| xlv | | | | | |
| xlvi | | | | | |
| xlvii | | | | | |
| xlviii | | | | | |
| xlix | | | | | |
| l | | | | | |
| li | | | | | |
| lii | | | | | |
| liii | | | | | |
| liv | | | | | |
| lv | | | | | |
| lvi | | | | | |

Debtor's Name NB Hotels Dallas LLC                                  Case No. 22-30681

| | | | | | | |
|---|---|---|---|---|---|---|
| lvii | | | | | | |
| lviii | | | | | | |
| lix | | | | | | |
| lx | | | | | | |
| lxi | | | | | | |
| lxii | | | | | | |
| lxiii | | | | | | |
| lxiv | | | | | | |
| lxv | | | | | | |
| lxvi | | | | | | |
| lxvii | | | | | | |
| lxviii | | | | | | |
| lxix | | | | | | |
| lxx | | | | | | |
| lxxi | | | | | | |
| lxxii | | | | | | |
| lxxiii | | | | | | |
| lxxiv | | | | | | |
| lxxv | | | | | | |
| lxxvi | | | | | | |
| lxxvii | | | | | | |
| lxxvii | | | | | | |
| lxxix | | | | | | |
| lxxx | | | | | | |
| lxxxi | | | | | | |
| lxxxii | | | | | | |
| lxxxii | | | | | | |
| lxxxiv | | | | | | |
| lxxxv | | | | | | |
| lxxxvi | | | | | | |
| lxxxvi | | | | | | |
| lxxxvi | | | | | | |
| lxxxix | | | | | | |
| xc | | | | | | |
| xci | | | | | | |
| xcii | | | | | | |
| xciii | | | | | | |
| xciv | | | | | | |
| xcv | | | | | | |
| xcvi | | | | | | |
| xcvii | | | | | | |
| xcviii | | | | | | |

Debtor's Name  NB Hotels Dallas LLC                                      Case No.  22-30681

| | | | | | | |
|---|---|---|---|---|---|---|
| | xcix | | | | | |
| | c | | | | | |
| c. | All professional fees and expenses (debtor & committees) | | | | | |

| Part 6:  Postpetition Taxes | Current Month | Cumulative |
|---|---|---|
| a. Postpetition income taxes accrued (local, state, and federal) | $0 | $0 |
| b. Postpetition income taxes paid (local, state, and federal) | $0 | $0 |
| c. Postpetition employer payroll taxes accrued | $5,417 | $5,417 |
| d. Postpetition employer payroll taxes paid | $38,700 | $99,415 |
| e. Postpetition property taxes paid | $0 | $0 |
| f. Postpetition other taxes accrued (local, state, and federal) | $120,895 | $120,895 |
| g. Postpetition other taxes paid (local, state, and federal) | $95,075 | $95,075 |

**Part 7: Questionnaire - During this reporting period:**

| | | | |
|---|---|---|---|
| a. | Were any payments made on prepetition debt?  (if yes, see Instructions) | Yes ○ | No ◉ |
| b. | Were any payments made outside the ordinary course of business without court approval?  (if yes, see Instructions) | Yes ○ | No ◉ |
| c. | Were any payments made to or on behalf of insiders? | Yes ○ | No ◉ |
| d. | Are you current on postpetition tax return filings? | Yes ◉ | No ○ |
| e. | Are you current on postpetition estimated tax payments? | Yes ◉ | No ○ |
| f. | Were all trust fund taxes remitted on a current basis? | Yes ◉ | No ○ |
| g. | Was there any postpetition borrowing, other than trade credit? (if yes, see Instructions) | Yes ○ | No ◉ |
| h. | Were all payments made to or on behalf of professionals approved by the court? | Yes ○   No ○   N/A ◉ | |
| i. | Do you have:    Worker's compensation insurance? | Yes ◉ | No ○ |
| | If yes, are your premiums current? | Yes ◉   No ○   N/A ○   (if no, see Instructions) | |
| | Casualty/property insurance? | Yes ◉ | No ○ |
| | If yes, are your premiums current? | Yes ◉   No ○   N/A ○   (if no, see Instructions) | |
| | General liability insurance? | Yes ◉ | No ○ |
| | If yes, are your premiums current? | Yes ◉   No ○   N/A ○   (if no, see Instructions) | |
| j. | Has a plan of reorganization been filed with the court? | Yes ○ | No ◉ |
| k. | Has a disclosure statement been filed with the court? | Yes ○ | No ◉ |
| l. | Are you current with quarterly U.S. Trustee fees as set forth under 28 U.S.C. § 1930? | Yes ◉ | No ○ |

Debtor's Name NB Hotels Dallas LLC                                    Case No. 22-30681

**Part 8: Individual Chapter 11 Debtors (Only)**

| | | |
|---|---|---|
| a. | Gross income (receipts) from salary and wages | $0 |
| b. | Gross income (receipts) from self-employment | $0 |
| c. | Gross income from all other sources | $0 |
| d. | Total income in the reporting period (a+b+c) | $0 |
| e. | Payroll deductions | $0 |
| f. | Self-employment related expenses | $0 |
| g. | Living expenses | $0 |
| h. | All other expenses | $0 |
| i. | Total expenses in the reporting period (e+f+g+h) | $0 |
| j. | Difference between total income and total expenses (d-i) | $0 |
| k. | List the total amount of all postpetition debts that are past due | $0 |
| l. | Are you required to pay any Domestic Support Obligations as defined by 11 U.S.C § 101(14A)? | Yes ◯  No ⦿ |
| m. | If yes, have you made all Domestic Support Obligation payments? | Yes ◯  No ◯  N/A ⦿ |

**Privacy Act Statement**

28 U.S.C. § 589b authorizes the collection of this information, and provision of this information is mandatory under 11 U.S.C. §§ 704, 1106, and 1107. The United States Trustee will use this information to calculate statutory fee assessments under 28 U.S.C. § 1930(a)(6). The United States Trustee will also use this information to evaluate a chapter 11 debtor's progress through the bankruptcy system, including the likelihood of a plan of reorganization being confirmed and whether the case is being prosecuted in good faith. This information may be disclosed to a bankruptcy trustee or examiner when the information is needed to perform the trustee's or examiner's duties or to the appropriate federal, state, local, regulatory, tribal, or foreign law enforcement agency when the information indicates a violation or potential violation of law. Other disclosures may be made for routine purposes. For a discussion of the types of routine disclosures that may be made, you may consult the Executive Office for United States Trustee's systems of records notice, UST-001, "Bankruptcy Case Files and Associated Records." *See* 71 Fed. Reg. 59,818 et seq. (Oct. 11, 2006). A copy of the notice may be obtained at the following link: http://www.justice.gov/ust/eo/rules_regulations/index.htm. Failure to provide this information could result in the dismissal or conversion of your bankruptcy case or other action by the United States Trustee. 11 U.S.C. § 1112(b)(4)(F).

**I declare under penalty of perjury that the foregoing Monthly Operating Report and its supporting documentation are true and correct and that I have been authorized to sign this report on behalf of the estate.**

/s/ Nadir Badruddin                                    Nadir Badruddin
_____                     _____
Signature of Responsible Party                        Printed Name of Responsible Party

President                                             07/26/2022
_____                     _____
Title                                                 Date

Debtor's Name NB Hotels Dallas LLC                    Case No. 22-30681



PageOnePartOne



PageOnePartTwo



PageTwoPartOne



PageTwoPartTwo

Debtor's Name NB Hotels Dallas LLC

Case No. 22-30681



Bankruptcy1to50

Bankruptcy51to100

NonBankruptcy1to50

NonBankruptcy51to100

Debtor's Name NB Hotels Dallas LLC                    Case No. 22-30681



PageThree



PageFour

**Miscellaneous:**

<table>
<tr><td></td><td>Filed: 04/18/2022</td><td>Closed:</td></tr>
<tr><td></td><td>Reopen:</td><td>Dismissed:</td></tr>
<tr><td></td><td></td><td>Dismissed(jdb):</td></tr>
<tr><td></td><td>Converted:</td><td>Discharged:</td></tr>
<tr><td></td><td></td><td>Discharged(jdb):</td></tr>
</table>

<u>22-30681-swe11 NB Hotels Dallas LLC</u>

| Type: bk | Chapter: 11 v | Office: 3 (Dallas) |
| Assets: y | Judge: swe | Case Flag: REFORM, NTCAPR |

<u>Summary</u>    <u>History</u>    <u>Parties</u>    <u>Filers</u>    <u>Docket Sheet</u>    <u>Deadlines/Hearings</u>    <u>Status</u>    <u>Pending Motions</u>    <u>Creditors</u>    <u>Claims Register</u>

**U.S. Bankruptcy Court**

**Northern District of Texas**

Notice of Electronic Filing

The following transaction was received from Joyce W. Lindauer entered on 8/22/2022 at 4:16 PM CDT and filed on 8/22/2022
**Case Name:**      NB Hotels Dallas LLC
**Case Number:**      <u>22-30681-swe11</u>
**Document Number:** <u>98</u>

**Docket Text:**
Chapter 11 Monthly Operating Report for the Month Ending: 07/31/2022 filed by Debtor NB Hotels Dallas LLC. (Attachments: # (1) Exhibits) (Lindauer, Joyce)

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**July 2022.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=1017686615 [Date=8/22/2022] [FileNumber=48065816-0] [4a2c1a3f9fcfcd274d79687dfc00bca286b050063787693de5eb0573c8df1fb98e f6b96ae4613ce1e1e7642fe99b77e84f45b1f4690d3bf053627c55afbe7430]]
**Document description:** Exhibits
**Original filename:**C:\fakepath\NB Hotels Exhibits.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=1017686615 [Date=8/22/2022] [FileNumber=48065816-1] [56e65f09b0c9d0907564922d1c8781caede7ccc2182b75ead530d4d9f95c227843 e14293fda6920768908066aed183fa6724d2cf62bc0391f0cf71b072165c31]]

**22-30681-swe11 Notice will be electronically mailed to:**

Sherrel K. Knighton on behalf of Creditor Dallas County
Sherrel.Knighton@lgbs.com, Dora.Casiano-Perez@lgbs.com;Sean.French@lgbs.com;Dallas.Bankruptcy@lgbs.com

Joyce W. Lindauer on behalf of Debtor NB Hotels Dallas LLC
joyce@joycelindauer.com, dian@joycelindauer.com;12113@notices.nextchapterbk.com

United States Trustee
ustpregion06.da.ecf@usdoj.gov

Kimberly A. Walsh on behalf of Creditor Texas Comptroller of Public Accounts, Revenue Accounting Division
bk-kwalsh@oag.texas.gov, sherri.simpson@oag.texas.gov

Donna K. Webb on behalf of Creditor Small Business Administration
donna.webb@usdoj.gov, brian.stoltz@usdoj.gov;CaseView.ECF@usdoj.gov;brooke.lewis@usdoj.gov

Bruce John Zabarauskas on behalf of Creditor Wells Fargo Bank, National Association as Trustee for Morgan Stanley Capital I Trust 2019-L2 for the benefit of the Commercial Mortgage Pass-Through Certificate Holders
bruce.zabarauskas@hklaw.com, wanda.sneed@tklaw.com;hope.daniels@tklaw.com

**22-30681-swe11 Notice will not be electronically mailed to:**

ACAR Leasing LTD d/b/a GM Financial Leasing
PO Box 183853
Arlington, TX 76096

Joyce W Lindauer
1412 Main Street Suite 500
Dallas, TX 75202

## UNITED STATES BANKRUPTCY COURT

Northern  DISTRICT OF  Texas

Dallas Division

| | | |
|---|---|---|
| In Re. NB Hotels Dallas LLC | § | Case No.  22-30681 |
| | § | |
| | § | |
| Debtor(s) | § | ☐ Jointly Administered |

# Monthly Operating Report
Chapter 11

Reporting Period Ended: 07/31/2022          Petition Date: 04/18/2022

Months Pending: 3          Industry Classification: | 7 | 2 | 1 | 1 |

Reporting Method:          Accrual Basis ◉          Cash Basis ○

Debtor's Full-Time Employees (current):      64

Debtor's Full-Time Employees (as of date of order for relief):      68

**Supporting Documentation** (check all that are attached):

(For jointly administered debtors, any required schedules must be provided on a non-consolidated basis for each debtor)

- ☐ Statement of cash receipts and disbursements
- ☒ Balance sheet containing the summary and detail of the assets, liabilities and equity (net worth) or deficit
- ☒ Statement of operations (profit or loss statement)
- ☒ Accounts receivable aging
- ☒ Postpetition liabilities aging
- ☐ Statement of capital assets
- ☐ Schedule of payments to professionals
- ☐ Schedule of payments to insiders
- ☒ All bank statements and bank reconciliations for the reporting period
- ☐ Description of the assets sold or transferred and the terms of the sale or transfer

/s/ Joyce W. Lindauer          Joyce W. Lindauer

Signature of Responsible Party          Printed Name of Responsible Party

08/22/2022

Date          Joyce W. Lindauer Attorney, PLLC

1412 Main Street, Suite 500, Dallas, TX 75202

Address

STATEMENT: This Periodic Report is associated with an open bankruptcy case; therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

Debtor's Name  NB Hotels Dallas LLC                                    Case No.  22-30681

| Part 1: Cash Receipts and Disbursements | Current Month | Cumulative |
|---|---|---|
| a. | Cash balance beginning of month | $1,087,964 | |
| b. | Total receipts (net of transfers between accounts) | $866,642 | $3,285,641 |
| c. | Total disbursements (net of transfers between accounts) | $1,164,562 | $2,519,080 |
| d. | Cash balance end of month (a+b-c) | $790,045 | |
| e. | Disbursements made by third party for the benefit of the estate | $0 | $0 |
| f. | Total disbursements for quarterly fee calculation (c+e) | $1,164,562 | $2,519,080 |

| Part 2: Asset and Liability Status (Not generally applicable to Individual Debtors. See Instructions.) | Current Month |
|---|---|
| a. | Accounts receivable (total net of allowance) | $7,008 |
| b. | Accounts receivable over 90 days outstanding (net of allowance) | $7,356 |
| c. | Inventory    (Book ◉   Market ○   Other ○    (attach explanation)) | $7,500 |
| d | Total current assets | $74,632,989 |
| e. | Total assets | $74,661,925 |
| f. | Postpetition payables (excluding taxes) | $150,709 |
| g. | Postpetition payables past due (excluding taxes) | $64,796 |
| h. | Postpetition taxes payable | $119,528 |
| i. | Postpetition taxes past due | $0 |
| j. | Total postpetition debt (f+h) | $270,237 |
| k. | Prepetition secured debt | $59,885,670 |
| l. | Prepetition priority debt | $13,004 |
| m. | Prepetition unsecured debt | $1,141,135 |
| n. | Total liabilities (debt) (j+k+l+m) | $61,310,046 |
| o. | Ending equity/net worth (e-n) | $13,351,879 |

| Part 3: Assets Sold or Transferred | Current Month | Cumulative |
|---|---|---|
| a. | Total cash sales price for assets sold/transferred outside the ordinary course of business | $0 | $0 |
| b. | Total payments to third parties incident to assets being sold/transferred outside the ordinary course of business | $0 | $0 |
| c. | Net cash proceeds from assets sold/transferred outside the ordinary course of business (a-b) | $0 | $0 |

| Part 4: Income Statement (Statement of Operations) (Not generally applicable to Individual Debtors. See Instructions.) | Current Month | Cumulative |
|---|---|---|
| a. | Gross income/sales (net of returns and allowances) | $860,246 | |
| b. | Cost of goods sold (inclusive of depreciation, if applicable) | $0 | |
| c. | Gross profit (a-b) | $860,246 | |
| d. | Selling expenses | $250,526 | |
| e. | General and administrative expenses | $231,089 | |
| f. | Other expenses | $287,450 | |
| g. | Depreciation and/or amortization (not included in 4b) | $0 | |
| h. | Interest | $0 | |
| i. | Taxes (local, state, and federal) | $0 | |
| j. | Reorganization items | $0 | |
| k. | Profit (loss) | $91,181 | $232,540 |

UST Form 11-MOR (12/01/2021)                    2

Debtor's Name NB Hotels Dallas LLC                                    Case No. 22-30681

| Part 5:  Professional Fees and Expenses | | | | | | |
|---|---|---|---|---|---|---|
| | | | Approved Current Month | Approved Cumulative | Paid Current Month | Paid Cumulative |
| a. | Debtor's professional fees & expenses (bankruptcy)  *Aggregate Total* | | $0 | $0 | $0 | $0 |
| | *Itemized Breakdown by Firm* | | | | | |
| | Firm Name | Role | | | | |
| | i | | $0 | $0 | $0 | $0 |
| | ii | | | | | |
| | iii | | | | | |
| | iv | | | | | |
| | v | | | | | |
| | vi | | | | | |
| | vii | | | | | |
| | viii | | | | | |
| | ix | | | | | |
| | x | | | | | |
| | xi | | | | | |
| | xii | | | | | |
| | xiii | | | | | |
| | xiv | | | | | |
| | xv | | | | | |
| | xvi | | | | | |
| | xvii | | | | | |
| | xviii | | | | | |
| | xix | | | | | |
| | xx | | | | | |
| | xxi | | | | | |
| | xxii | | | | | |
| | xxiii | | | | | |
| | xxiv | | | | | |
| | xxv | | | | | |
| | xxvi | | | | | |
| | xxvii | | | | | |
| | xxviii | | | | | |
| | xxix | | | | | |
| | xxx | | | | | |
| | xxxi | | | | | |
| | xxxii | | | | | |
| | xxxiii | | | | | |
| | xxxiv | | | | | |
| | xxxv | | | | | |
| | xxxvi | | | | | |

Debtor's Name NB Hotels Dallas LLC                                                  Case No. 22-30681

| | | | | | |
|---|---|---|---|---|---|
| xxxvii | | | | | |
| xxxvii | | | | | |
| xxxix | | | | | |
| xl | | | | | |
| xli | | | | | |
| xlii | | | | | |
| xliii | | | | | |
| xliv | | | | | |
| xlv | | | | | |
| xlvi | | | | | |
| xlvii | | | | | |
| xlviii | | | | | |
| xlix | | | | | |
| l | | | | | |
| li | | | | | |
| lii | | | | | |
| liii | | | | | |
| liv | | | | | |
| lv | | | | | |
| lvi | | | | | |
| lvii | | | | | |
| lviii | | | | | |
| lix | | | | | |
| lx | | | | | |
| lxi | | | | | |
| lxii | | | | | |
| lxiii | | | | | |
| lxiv | | | | | |
| lxv | | | | | |
| lxvi | | | | | |
| lxvii | | | | | |
| lxviii | | | | | |
| lxix | | | | | |
| lxx | | | | | |
| lxxi | | | | | |
| lxxii | | | | | |
| lxxiii | | | | | |
| lxxiv | | | | | |
| lxxv | | | | | |
| lxxvi | | | | | |
| lxxvii | | | | | |
| lxxvii | | | | | |

| Debtor's Name | NB Hotels Dallas LLC | Case No. | 22-30681 |
|---|---|---|---|

| | | | | | |
|---|---|---|---|---|---|
| lxxix | | | | | |
| lxxx | | | | | |
| lxxxi | | | | | |
| lxxxii | | | | | |
| lxxxiii | | | | | |
| lxxxiv | | | | | |
| lxxxv | | | | | |
| lxxxvi | | | | | |
| lxxxvii | | | | | |
| lxxxviii | | | | | |
| lxxxix | | | | | |
| xc | | | | | |
| xci | | | | | |
| xcii | | | | | |
| xciii | | | | | |
| xciv | | | | | |
| xcv | | | | | |
| xcvi | | | | | |
| xcvii | | | | | |
| xcviii | | | | | |
| xcix | | | | | |
| c | | | | | |
| ci | | | | | |

| | | | Approved Current Month | Approved Cumulative | Paid Current Month | Paid Cumulative |
|---|---|---|---|---|---|---|
| b. | Debtor's professional fees & expenses (nonbankruptcy) *Aggregate Total* | | | | | |
| | *Itemized Breakdown by Firm* | | | | | |
| | Firm Name | Role | | | | |
| i | | | | | | |
| ii | | | | | | |
| iii | | | | | | |
| iv | | | | | | |
| v | | | | | | |
| vi | | | | | | |
| vii | | | | | | |
| viii | | | | | | |
| ix | | | | | | |
| x | | | | | | |
| xi | | | | | | |
| xii | | | | | | |
| xiii | | | | | | |
| xiv | | | | | | |

Debtor's Name NB Hotels Dallas LLC

Case No. 22-30681

| | | | | | |
|---|---|---|---|---|---|
| xv | | | | | |
| xvi | | | | | |
| xvii | | | | | |
| xviii | | | | | |
| xix | | | | | |
| xx | | | | | |
| xxi | | | | | |
| xxii | | | | | |
| xxiii | | | | | |
| xxiv | | | | | |
| xxv | | | | | |
| xxvi | | | | | |
| xxvii | | | | | |
| xxviii | | | | | |
| xxix | | | | | |
| xxx | | | | | |
| xxxi | | | | | |
| xxxii | | | | | |
| xxxiii | | | | | |
| xxxiv | | | | | |
| xxxv | | | | | |
| xxxvi | | | | | |
| xxxvii | | | | | |
| xxxvii | | | | | |
| xxxix | | | | | |
| xl | | | | | |
| xli | | | | | |
| xlii | | | | | |
| xliii | | | | | |
| xliv | | | | | |
| xlv | | | | | |
| xlvi | | | | | |
| xlvii | | | | | |
| xlviii | | | | | |
| xlix | | | | | |
| l | | | | | |
| li | | | | | |
| lii | | | | | |
| liii | | | | | |
| liv | | | | | |
| lv | | | | | |
| lvi | | | | | |

Debtor's Name NB Hotels Dallas LLC                    Case No. 22-30681

| | | | | | |
|---|---|---|---|---|---|
| lvii | | | | | |
| lviii | | | | | |
| lix | | | | | |
| lx | | | | | |
| lxi | | | | | |
| lxii | | | | | |
| lxiii | | | | | |
| lxiv | | | | | |
| lxv | | | | | |
| lxvi | | | | | |
| lxvii | | | | | |
| lxviii | | | | | |
| lxix | | | | | |
| lxx | | | | | |
| lxxi | | | | | |
| lxxii | | | | | |
| lxxiii | | | | | |
| lxxiv | | | | | |
| lxxv | | | | | |
| lxxvi | | | | | |
| lxxvii | | | | | |
| lxxvii | | | | | |
| lxxix | | | | | |
| lxxx | | | | | |
| lxxxi | | | | | |
| lxxxii | | | | | |
| lxxxii | | | | | |
| lxxxiv | | | | | |
| lxxxv | | | | | |
| lxxxvi | | | | | |
| lxxxvi | | | | | |
| lxxxvi | | | | | |
| lxxxix | | | | | |
| xc | | | | | |
| xci | | | | | |
| xcii | | | | | |
| xciii | | | | | |
| xciv | | | | | |
| xcv | | | | | |
| xcvi | | | | | |
| xcvii | | | | | |
| xcviii | | | | | |

| Debtor's Name | NB Hotels Dallas LLC | | Case No. 22-30681 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | xcix | | | | | |
| | c | | | | | |
| c. | All professional fees and expenses (debtor & committees) | | | | | |

| **Part 6: Postpetition Taxes** | **Current Month** | **Cumulative** |
|---|---|---|
| a. Postpetition income taxes accrued (local, state, and federal) | $0 | $0 |
| b. Postpetition income taxes paid (local, state, and federal) | $0 | $0 |
| c. Postpetition employer payroll taxes accrued | $683 | $683 |
| d. Postpetition employer payroll taxes paid | $39,046 | $138,461 |
| e. Postpetition property taxes paid | $0 | $0 |
| f. Postpetition other taxes accrued (local, state, and federal) | $119,528 | $119,528 |
| g. Postpetition other taxes paid (local, state, and federal) | $122,584 | $217,659 |

**Part 7: Questionnaire - During this reporting period:**

a. Were any payments made on prepetition debt?  (if yes, see Instructions)     Yes ○  No ◉

b. Were any payments made outside the ordinary course of business without court approval?  (if yes, see Instructions)     Yes ○  No ◉

c. Were any payments made to or on behalf of insiders?     Yes ○  No ◉

d. Are you current on postpetition tax return filings?     Yes ◉  No ○

e. Are you current on postpetition estimated tax payments?     Yes ◉  No ○

f. Were all trust fund taxes remitted on a current basis?     Yes ◉  No ○

g. Was there any postpetition borrowing, other than trade credit? (if yes, see Instructions)     Yes ○  No ◉

h. Were all payments made to or on behalf of professionals approved by the court?     Yes ○  No ○  N/A ◉

i. Do you have:     Worker's compensation insurance?     Yes ◉  No ○

    If yes, are your premiums current?     Yes ◉  No ○  N/A ○  (if no, see Instructions)

    Casualty/property insurance?     Yes ◉  No ○

    If yes, are your premiums current?     Yes ◉  No ○  N/A ○  (if no, see Instructions)

    General liability insurance?     Yes ◉  No ○

    If yes, are your premiums current?     Yes ◉  No ○  N/A ○  (if no, see Instructions)

j. Has a plan of reorganization been filed with the court?     Yes ○  No ◉

k. Has a disclosure statement been filed with the court?     Yes ○  No ◉

l. Are you current with quarterly U.S. Trustee fees as set forth under 28 U.S.C. § 1930?     Yes ◉  No ○

Debtor's Name  NB Hotels Dallas LLC                                                    Case No.  22-30681

**Part 8: Individual Chapter 11 Debtors (Only)**

| | | |
|---|---|---|
| a. | Gross income (receipts) from salary and wages | $0 |
| b. | Gross income (receipts) from self-employment | $0 |
| c. | Gross income from all other sources | $0 |
| d. | Total income in the reporting period (a+b+c) | $0 |
| e. | Payroll deductions | $0 |
| f. | Self-employment related expenses | $0 |
| g. | Living expenses | $0 |
| h. | All other expenses | $0 |
| i. | Total expenses in the reporting period (e+f+g+h) | $0 |
| j. | Difference between total income and total expenses (d-i) | $0 |
| k. | List the total amount of all postpetition debts that are past due | $0 |
| l. | Are you required to pay any Domestic Support Obligations as defined by 11 U.S.C § 101(14A)? | Yes ◯  No ⦿ |
| m. | If yes, have you made all Domestic Support Obligation payments? | Yes ◯  No ◯  N/A ⦿ |

**Privacy Act Statement**

28 U.S.C. § 589b authorizes the collection of this information, and provision of this information is mandatory under 11 U.S.C. §§ 704, 1106, and 1107.  The United States Trustee will use this information to calculate statutory fee assessments under 28 U.S.C. § 1930(a)(6).  The United States Trustee will also use this information to evaluate a chapter 11 debtor's progress through the bankruptcy system, including the likelihood of a plan of reorganization being confirmed and whether the case is being prosecuted in good faith.  This information may be disclosed to a bankruptcy trustee or examiner when the information is needed to perform the trustee's or examiner's duties or to the appropriate federal, state, local, regulatory, tribal, or foreign law enforcement agency when the information indicates a violation or potential violation of law.  Other disclosures may be made for routine purposes. For a discussion of the types of routine disclosures that may be made, you may consult the Executive Office for United States Trustee's systems of records notice, UST-001, "Bankruptcy Case Files and Associated Records."  *See* 71 Fed. Reg. 59,818 et seq. (Oct. 11, 2006).  A copy of the notice may be obtained at the following link: http://www.justice.gov/ust/eo/rules_regulations/index.htm.  Failure to provide this information could result in the dismissal or conversion of your bankruptcy case or other action by the United States Trustee.  11 U.S.C. § 1112(b)(4)(F).

**I declare under penalty of perjury that the foregoing Monthly Operating Report and its supporting documentation are true and correct and that I have been authorized to sign this report on behalf of the estate.**

/s/ Nadir Badruddin

Signature of Responsible Party

President

Title

Nadir Badruddin

Printed Name of Responsible Party

08/22/2022

Date

Debtor's Name NB Hotels Dallas LLC                                    Case No. 22-30681



PageOnePartOne



PageOnePartTwo



PageTwoPartOne



PageTwoPartTwo

UST Form 11-MOR (12/01/2021)                    10

Debtor's Name NB Hotels Dallas LLC                                Case No. 22-30681



Bankruptcy1to50

Bankruptcy51to100

NonBankruptcy1to50

NonBankruptcy51to100

Debtor's Name  NB Hotels Dallas LLC

Case No.  22-30681



PageThree



PageFour